# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | |
|---|---|
| In Re: | : |
| CURTIS JAMES JACKSON, III, | : CHAPTER 11 |
| Debtor. | : CASE NO. 15-21233 (AMN) |
| _____ | : |
| CURTIS JAMES JACKSON, III, | : |
| Plaintiff, | : ADVERSARY PROCEEDING |
| | : CASE NO. 17-02005 (AMN) |
| v. | : |
| REED SMITH LLP AND PETER RAYMOND, | : APRIL 30, 2020 |
| Defendants. | : |

## DEFENDANTS REED SMITH LLP
## AND PETER RAYMOND'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Federal Rule of Bankruptcy Procedure 7056, Defendants Reed Smith LLP and Peter Raymond (together, "Reed Smith") hereby move for an Order granting Reed Smith summary judgment, dismissing with prejudice Jackson's remaining claim for malpractice, dismissing Jackson's Objection to Proof of Claim to the extent Jackson objects to alleged excessiveness, awarding Reed Smith its legal fees and costs, and granting such other and further relief as this Court deems just and proper.

In support of this Motion for Summary Judgment, Reed Smith relies upon the accompanying Memorandum of Law and supporting materials, and all prior pleadings and proceedings herein.

ORAL ARGUMENT REQUESTED

Dated: April 30, 2020                                        AXINN, VELTROP & HARKRIDER LLP

/s/ Thomas G. Rohback
Thomas G. Rohback (ct01096)
Drew Alan Hillier (ct30252)
90 State House Square
Hartford, CT 06103
Tel: 860.275.8100
Fax: 860.275.8101
Email: trohback@axinn.com
           dhillier@axinn.com

Craig M. Reiser, admitted *pro hac vice*
114 W 47th St
New York, NY 10036
Tel: 212.728.2200
Fax: 212.261.5654
Email: creiser@axinn.com

*Attorneys for Defendants*
*Reed Smith LLP and Peter Raymond*

2

**CERTIFICATE OF SERVICE**

   I, Thomas G. Rohback, certify that on April 30, 2020, I caused Defendants Reed Smith LLP and Peter Raymond's Motion for Summary Judgment to be served via CM/ECF on the following counsel of record:

Joseph P. Baratta
Imran H. Ansari
Baratta, Baratta & Aidala, LLP
546 Fifth Avenue, 6th Floor
New York, NY 10036
Email: jpbaratta@barattalaw.com
   iansari@aidalalaw.com

John L. Cesaroni
Zeisler & Zeisler PC
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Email: jcesaroni@zeislaw.com

                 /s/ Thomas G. Rohback
                 Thomas G. Rohback (ct01096)