# EXHIBIT 46