# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–2 | User: agraham | Date Created: 4/20/2021 |
| Case: 17–02005 | Form ID: ntcflgtr | Total: 15 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp        William Leonard Roberts, II

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty        Christopher E.H. Sanetti        christopher.sanetti@lewisbrisbois.com
aty        Craig M Reiser        creiser@axinn.com
aty        Imran H. Ansari        iansari@aidalalaw.com
aty        John L. Cesaroni        jcesaroni@zeislaw.com
aty        Joseph P. Baratta        jpbaratta@barattalaw.com
aty        Leron E. Rogers        leron.rogers@lewisbrisbois.com
aty        Thomas G. Rohback        trohback@axinn.com

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla        Curtis James Jackson, III        50 Poplar Hill Drive        Farmington, CT 06032
dft        Reed Smith LLP        599 Lexington LLP        New York, NY 10022
dft        Peter Raymond        599 Lexington LLP        New York, NY 10022
aty        Evan T. Lee        Axinn, Veltrop & Harkrider LLP        114 W. 47th Street        New York, NY 10036
aty        John T. Rose        1180 Peachtree Street, NE        Suite 2900        Atlanta, GA 30309
ust        U. S. Trustee        Office of the U.S. Trustee        Giaimo Federal Building        150 Court Street, Room 302        New Haven, CT 06510
ust        U. S. Trustee Region 1        Office of The United States Trustee        446 Main Street, 14th Floor        Worcester, MA 01608

TOTAL: 7