# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| CURTIS JAMES JACKSON, III | § | CASE NO. 15-21233 (AMN) |
| DEBTOR. | § | |
| | § | |
| CURTIS JAMES JACKSON, III | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | ADVERSARY PROCEEDING |
| | § | NO. 17-02005 (AMN) |
| REED SMITH LLP, and PETER RAYMOND | § | |
| | § | April 27, 2021 |
| Defendants. | § | |
| | § | |

## NOTICE

Pursuant to this Court's Order, dated April 19, 2021, (ECF No. 381) the Plaintiff, Curtis James Jackson, III, does not oppose unsealing Plaintiff's Summary Judgment Opposition Exhibits 2, 3, 4, 5, 12, 16, 22 and 23, and his Memorandum of Law in Opposition to Motion for Summary Judgment (ECF No. 335).

Dated: April 27, 2021
      New York, New York

                           **BARATTA, BARATTA & AIDALA LLP**
                           /s/ Imran H. Ansari
                           By: Imran H. Ansari, Esq.
                           546 5th Avenue, 6th Floor
                           New York, New York 10036
                           (212) 486-0011

                           **ZEISLER & ZEISLER, P.C.**
                           /s/ John L. Cesaroni
                           John L. Cesaroni (ct29309)
                           10 Middle Street, 15th Floor
                           Bridgeport, Connecticut 06604
                           Tel: 203.368.4234
                           jcesaroni@zeislaw.com
                           *Attorneys for Plaintiff Curtis James Jackson, III*

**CERTIFICATE OF SERVICE**

I, John L. Cesaroni, certify that on April 27, 2021, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF System.

<div style="margin-left: 50%">

/s/ John L. Cesaroni
John L. Cesaroni (ct29309)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Tel: 203.368.4234
jcesaroni@zeislaw.com
*Counsel for Plaintiff Curtis James Jackson, III*

</div>