UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In re: : | Case No.: 15-21233 (AMN) |
|     CURTIS JAMES JACKSON III, : | Chapter 11 |
|         *Debtor* : | |
| : | |
|     CURTIS JAMES JACKSON III, : | Adv. Pro. No. 17-02005 (AMN) |
|         *Plaintiff* : | |
| v. : | |
| REED SMITH LLP, and : | |
| PETER RAYMOND, : | |
|         *Defendants.* : | Re: AP-ECF Nos. 22, 62, 395 |

## PARTIAL JUDGMENT IN FAVOR OF DEFENDANTS

For the reasons stated in the Court's Memorandum of Decision and Order Granting Defendants' Motion to Dismiss Counts One, Three, Four, and Five, and Part of Count Two, of the Amended Complaint (AP-ECF No. 62) and the Court's more recent Memorandum of Decision and Order Granting Motion for Summary Judgment, In Part, and Denying Motion for Summary Judgment as to Proof of Claim (AP-ECF No. 395), it is hereby

**ORDERED**: That, this judgment is entered pursuant to Fed.R.Civ.P. 58, made applicable here through Fed.R.Bankr.P. 7058, and Fed.R.Bankr.P. 8002 in favor of the defendants Reed Smith, LLP and Peter Raymond, and against the plaintiff Curtis James Jackson, III, as to Counts One, Two, Three, Four and Five of the amended complaint filed as AP-ECF No. 22; and it is further

**ORDERED:** That, this judgment does not resolve that portion of the amended complaint that sets forth an objection by Curtis James Jackson, III to Proof of Claim 18

filed by Reed Smith, LLP in bankruptcy case number 15-21233, and the objection remains pending in this adversary proceeding; and it is further

**ORDERED:**  That, a separate scheduling order will enter to establish pre-trail deadlines for an evidentiary hearing to consider and determine the objection to Proof of Claim 18.

Dated this 25th day of June, 2021, at New Haven, Connecticut



Ann M. Nevins
United States Bankruptcy Judge
District of Connecticut