**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In Re: : | |
| : | |
| CURTIS JAMES JACKSON, III, : | |
| : | CHAPTER 11 |
| Debtor. : | CASE NO. 15-21233 (AMN) |
| : | |
| _____ : | |
| : | |
| CURTIS JAMES JACKSON, III, : | |
| : | ADVERSARY PROCEEDING |
| Plaintiff, : | CASE NO. 17-02005 (AMN) |
| : | |
| v. : | |
| : | |
| REED SMITH LLP AND PETER : | JULY 14, 2021 |
| RAYMOND, : | |
| : | |
| Defendants. : | |

**REED SMITH LLP AND PETER RAYMOND'S MOTION TO**
**EXTEND THE DEADLINE TO SEEK ATTORNEYS' FEES AND COSTS**

Reed Smith LLP and Peter Raymond (together, "Reed Smith") respectfully submit this Motion to Extend the Deadline to Seek Attorneys' Fees and Costs. In support of this Motion, Reed Smith states as follows:

1. As Reed Smith disclosed to Plaintiff Curtis James Jackson, III in its September 30, 2019 damages analysis, Reed Smith intends to seek the attorneys' fees and costs it has incurred in connection with this action.

2. On June 25, 2021, the Court entered a partial judgment in Reed Smith's favor on all of the claims asserted against Reed Smith in Jackson's complaint (the "Partial Judgment"), but did not resolve Jackson's objection to Reed Smith's proof of claim in the above-captioned proceeding.

3. The Court further ordered on July 9, 2021 that its Partial Judgment constitutes a "final judgment in this adversary proceeding as to all five of the affirmative claims for relief that plaintiff alleged against defendants Reed Smith LLP and Peter Raymond." AP-ECF No. 409.

4. Federal Rule of Civil Procedure 54(d) provides that a motion for attorney's fees must be "filed no later than 14 days after the entry of judgment" unless "a statute or court order provides otherwise." Fed. R. Civ. P. 54(d)(2)(B)(i); *see* Fed. R. Bank. P. 7054(b)(2)(A) (incorporating Federal Rule of Civil Procedure 54). In the District of Connecticut, the Local Rules extend this deadline to 30 days after the "entry of judgment." D. Conn. L. Civ. R. 11(a); *see* Local R. Bankr. P. 1001-1(b) (incorporating the Local Rules of the District of Connecticut); *Watrous v. Borner*, 995 F. Supp. 2d 84, 88 (D. Conn. 2014) ("[A] party's motion for attorney's fees is timely, unless filed outside the fourteen-day window following the court's last ruling on any pending Rule 50(b), 52(b), or 59 motions—a window which, in this District, is extended to thirty days under Local Rule 11.").

5. Among other things, because Reed Smith's proof of claim remains pending before this Court and Reed Smith will incur additional attorneys' fees and costs in connection with the resolution of that proof of claim, Reed Smith believes it would be premature to seek attorneys' fees and costs within 30 days of the Partial Judgment.

6. Accordingly, Reed Smith respectfully requests that the Court enter an Order "provid[ing] otherwise," Fed. R. Civ. P. 54(d)(2)(B)(i), and adjourning the deadline for Reed Smith to seek attorneys' fees and costs until 60 days after the Court's disposition of Reed Smith's proof of claim.

7. Pursuant to Local Rule 7(b), counsel for Reed Smith inquired of counsel for Plaintiff regarding the relief requested herein and Plaintiff's counsel responded in relevant part:

"[We] neither consent nor oppose and take no position as to your request for an extension at this time, and you may petition the court for the relief you seek as you see fit."

For the foregoing reasons, Reed Smith respectfully requests that the Court enter an Order adjourning the deadline for Reed Smith to seek attorneys' fees and costs until 60 days after the Court's disposition of Reed Smith's proof of claim.

Dated:  July 14, 2021

Respectfully submitted,

AXINN, VELTROP & HARKRIDER LLP

/s/ Thomas G. Rohback
Thomas G. Rohback (ct01096)
90 State House Square
Hartford, CT 06103
Tel:  860.275.8100
Fax:  860.275.8101
Email: trohback@axinn.com

Craig M. Reiser, admitted *pro hac vice*
114 W 47th St
New York, NY 10036
Tel:  212.728.2200
Fax: 212.261.5654
Email: creiser@axinn.com

*Attorneys for Defendants*
*Reed Smith LLP and Peter Raymond*

## **CERTIFICATE OF SERVICE**

I, Thomas G. Rohback, certify that on July 14, 2021, I caused Reed Smith LLP and Peter Raymond's Motion to Extend the Deadline to Seek Attorneys' Fees and Costs, to be served via CM/ECF on the following counsel of record:

Joseph P. Baratta
Imran H. Ansari
Baratta, Baratta & Aidala, LLP
546 Fifth Avenue, 6th Floor
New York, NY 10036
Email: jpbaratta@barattalaw.com
       iansari@aidalalaw.com

John L. Cesaroni
Zeisler & Zeisler PC
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Email: jcesaroni@zeislaw.com

/s/ Thomas G. Rohback
Thomas G. Rohback (ct01096)