**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In re:<br><br>CURTIS JAMES JACKSON, III,<br><br>　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 15-21233 (AMN) |
| CURTIS JAMES JACKSON, III,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>REED SMITH LLP and PETER RAYMOND,<br><br>　　　　　　　　　　　　Defendants. | Adversary Proceeding<br><br>Case No. 17-02005 (AMN) |

**PLAINTIFF-APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Plaintiff-appellant Curtis James Jackson III ("Jackson"), by and through his undersigned counsel, hereby respectfully submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, this statement of issues to be presented and designation of items to be included in the record on appeal with respect to his appeal to the United States District Court for the District of Connecticut from this Court's *Partial Judgment in Favor of Defendants* (AP-ECF No. 400) entered on June 25, 2021, including the *Memorandum of Decision and Order Granting Defendants' Motion to Dismiss Counts One, Three, Four, and Five, and Part of Count Two, of the Amended Complaint* (AP-ECF No. 62) dated March 1, 2019, and the *Memorandum of Decision and Order Granting Motion for Summary Judgment, in Part, and Denying Motion for Summary Judgment as to Proof of Claim* (AP-ECF No. 395) dated June 21, 2021.

**I.     STATEMENT OF ISSUES ON APPEAL**

1. Did the Bankruptcy Court err in granting defendants' motion to dismiss to the extent of dismissing all of the first, third, fourth, and fifth causes of action, and part of second cause of action, in Jackson's amended complaint?

2. Did the Bankruptcy Court err in granting defendants' motion for summary judgment on what remained of the second cause of action in Jackson's amended complaint?

**II.    DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Jackson designates the following items for inclusion in the record on appeal. Each designated item shall also include any and all exhibits, documents, supplements, and addenda annexed to and referenced within such items.

**Documents Filed in Bankruptcy Court**

| Docket No. | Docket Entry Date | Description |
| --- | --- | --- |
| 22 | 5/22/2017 | Plaintiff's Amended Complaint |
| 27 | 6/19/2017 | Defendant' Motion to Dismiss Adversary Proceeding |
| 28 | 6/19/2017 | Defendants' Brief in Support of Motion to Dismiss Adversary Proceeding |
| 35 | 7/26/2017 | Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss |
| 36 | 8/21/2017 | Defendants' Reply Brief in Further Support of Motion to Dismiss |
| 41 | 4/20/2018 | Plaintiff's Supplemental Memorandum of Law In Opposition to Defendants' Motion to Dismiss |
| 42 | 4/20/2018 | Defendants' Supplemental Brief |
| 58 | 6/22/2018 | Plaintiff's Second Supplemental Memorandum of Law In Opposition to Defendants' Motion to Dismiss |
| 59 | 6/28/2018 | Defendants' Second Supplemental Brief |
| 62 | 3/1/2019 | Memorandum of Decision and Order Granting Defendants' Motion to Dismiss Counts One, Three, Four, and Five, and Part of Count Two, of the Amended Complaint |
| 67 | 3/15/2019 | Defendants' Answer to Complaint |
| 299 | 4/30/2020 | Defendants' Motion for Summary Judgment |
| 300 | 4/30/2020 | Defendants' Unsealed Memorandum of Law in Support of Motion for Summary Judgment |
| 302 | 4/30/2020 | Unsealed Affidavit of Craig M. Reiser in Support of Motion for Summary Judgment and Supporting Exhibits |

| 304 | 4/30/2020 | Defendants' D.Conn.L.R. 56(a)1 Statement of Undisputed Material Facts |
|---|---|---|
| 334 | 6/6/2020 | Plaintiff's D.Conn.L.R. 56(a)2 Statement |
| 335 | 6/6/2020 | Plaintiff's Unsealed Memorandum of Law in Opposition, Affidavit of Imran Ansari, and Unsealed Exhibits |
| 349 | 6/26/2020 | Defendants' Reply Brief in Further Support of Motion for Summary Judgment |
| 350 | 6/26/2020 | Affidavit of Craig M. Reiser in Support of Reed Smith LLP and Peter Raymond's Reply in Further Support of Motion for Summary Judgment |
| 356 | 12/2/2020 | Defendants' Memorandum of Law in Opposition Corrected to Add Signature Block |
| 395 | 6/21/2021 | Memorandum of Decision and Order Granting Motion For Summary Judgment, In Part, And Denying Motion For Summary Judgment As To Proof of Claim |
| 400 | 6/25/2021 | Partial Judgment in Favor of Defendants |
| 405 | 7/2/2021 | Notice of Appeal to District Court |
| 406 | 7/6/2021 | Transmittal of Notice of Appeal to the United States District Court |
| 407 | 7/6/2021 | Notice and Acknowledgement of Docketing Notice of Appeal to U.S. District Court |
| 409 | 7/9/2021 | Order Certifying Partial Judgment As Final Judgment |

## Transcripts of Proceedings

| Docket No. | Docket Entry Date | Description |
|---|---|---|
| 53 | 5/30/2018 | Transcript Regarding Hearing Held on 5/23/2018 |
| 382 | 4/19/2021 | Transcript Regarding Hearing Held on 4/13/2021 |

Dated: July 16, 2021

**ZEISLER & ZEISLER, P.C.**

/s/ John L. Cesaroni
John L. Cesaroni (ct29309)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Tel: (203) 368-4234
jcesaroni@zeislaw.com

**KUDMAN TRACHTEN ALOE POSNER LLP**

Paul H. Aloe (ct17685)
David N. Saponara (D. Conn. admission pending)
800 Third Avenue, 11th Floor
New York, New York 10022
Tel: (212) 868-1010
paloe@kudmanlaw.com
dsaponara@kudmanlaw.com

**BARATTA, BARATTA & AIDALA LLP**

Imran H. Ansari
Joseph P. Baratta
546 Fifth Avenue, 6th Floor
New York, New York 10036
Tel: (212) 486-0011
iansari@aidalalaw.com
jpbaratta@barattalaw.com

*Attorneys for Plaintiff Curtis James Jackson, III*

## **CERTIFICATE OF SERVICE**

I, John L. Cesaroni, certify that July 16, 2021, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF System.

/s/ John L. Cesaroni
John L. Cesaroni (ct29309)