**UNITED STATES BANKRUPTCY COURT DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In Re:<br><br>CURTIS JAMES JACKSON, III,<br><br>    Debtor.<br><br>―――――――――――――――――<br><br>CURTIS JAMES JACKSON, III,<br><br>    Plaintiff,<br><br>v.<br><br>REED SMITH LLP AND PETER RAYMOND,<br><br>    Defendants. | CHAPTER 11<br><br>CASE NO. 15-21233 (AMN)<br><br><br><br><br><br><br><br><br><br>ADVERSARY PROCEEDING NO.<br>CASE NO. 17-02005 (AMN) |

**PLAINTIFF'S MOTION FOR A STAY OF PROCEEDINGS PENDING APPEAL OF THE COURT'S JUDGMENT DATED JUNE 25, 2021 (AP-ECF 400)**

Plaintiff Curtis James Jackson, III ("Jackson"), by and through his undersigned counsel, hereby files the within motion, pursuant to Rule 8007 of the Federal Rules of Bankruptcy Procedure, for entry of an order staying proceedings with respect to Reed Smith LLP's Proof of Claim ("P.O.C. 18-1") pending Jackson's appeal to the United States District Court for the District of Connecticut (the "Appeal") from the partial judgment in favor of Defendants, dated June 25, 2021 (AP-ECF No. 400), as certified as a final judgment by order dated July 9, 2021 (AP-ECF No. 409), bringing up for review this Court's June 25, 2021 Decision and Order granting partial summary judgment to the Defendants (AP-ECF No. 395) and this Court's March 1, 2019 Decision and Order granting dismissal in favor of the Defendants as to counts one, three, four, five, and part of count two of Jackson's Amended Complaint in this action (AP-ECF No. 62). As fully set forth in the memorandum of law filed concurrently herewith, Jackson's objections to P.O.C. 18-1 overlap with the issues in the Appeal and would cause a jurisdictional conflict between this Court

1

and the District Court. Moreover, Jackson meets the test recognized in this Circuit for the grant of a stay pending appeal.

**WHEREFORE**, Jackson respectfully requests that this Court enter an Order: (a) pursuant to Bankruptcy Rule 8007(a), grant a stay of further proceedings in this action pending the Appeal; and (b) granting such other and further relief that this Court deems just and proper.

Dated: July 29, 2021  
       New York, New York

Respectfully Submitted,

**BARATTA, BARATTA & AIDALA LLP**

By: /s/ Imran H. Ansari  
Imran H. Ansari, Esq.  
546 Fifth Avenue, 6th Floor  
New York, NY 10036  
T: (212) 486-0011  
F: (212) 750-8297  
iansari@aidalaw.com

**ZEISLER & ZEISLER, P.C.**

By: /s/ John L. Cesaroni  
John L. Cesaroni (ct29309)  
10 Middle Street, 15th Floor  
Bridgeport, Connecticut 06604  
Tel: 203.368.4234  
jcesaroni@zeislaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, John L. Cesaroni, certify that on July 29, 2021, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF System.

/s/ John L. Cesaroni
John L. Cesaroni (ct29309)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Tel: 203.368.4234
jcesaroni@zeislaw.com
*Counsel for Plaintiff*