UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING
APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name: <u>Curtis James Jackson, III</u>
Bankruptcy Case No. <u>15–21233</u>
Adversary Case Name: <u>Jackson, III v Reed Smith, LLP., et al.</u>
Adversary Case No. <u>17–02005</u>
Previous Civil No.  <u>21–911(VLB)</u>
Previous Miscellaneous No.
Transmittal Document No.: <u>430</u>

**To the District Court:**

**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)
    If indicated below, the Notice of Appeal is attached:
    ☐ Notice of Appeal attached

2. ☐ Notice of Appeal (only)

3. ☐ Related documents as indicated below:
    ☑ Designation of items designated by the Appellant
    ☑ Designation of items designated by the Appellee
    ☐ Cross Appeal
    ☐ Amended Appeal
    ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
    ☑ Transcripts Will be transmitted via email due to 90 day restriction.
    ☐ Other

4. Other applicable information:

    Filing Fee ☐ Paid ☐ Not Paid
    Appellant's name:
    Appellant's attorney:
    Appellee's name:
    Appellee's attorney:
    Additional Interested Parties:

By <u>Regina Miltenberger</u>
   Deputy Clerk, U. S. Bankruptcy Court            Date: 8/2/21

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT**

Debtor(s) Name: <u>Curtis James Jackson, III</u>
Bankruptcy Case No.: <u>15–21233</u>
Adversary Case No.: <u>17–02005</u>
Previous Civil No.: <u>21–911(VLB)</u>
Previous Miscellaneous No.:
Transmittal Document No.: <u>430</u>
Transmittal dated: <u>8/2/21</u>

**To the Bankruptcy Court:**

**The following number has been assigned:**

- ☐ Civil No. Assigned _____
- ☐ Miscellaneous No. Assigned _____
- ☐ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.
- ☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.


By _____           Date: _____
  Deputy Clerk, U. S. District Court