THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| In Re:<br><br>CURTIS JAMES JACKSON, III,<br><br>    Debtor.<br><br>―――――――――――――――――<br><br>CURTIS JAMES JACKSON, III,<br><br>    Plaintiff,<br><br>v.<br><br>REED SMITH LLP AND PETER RAYMOND,<br><br>    Defendants. | CHAPTER 11<br><br>CASE NO. 15-21233 (AMN)<br><br><br><br><br><br><br><br><br><br>ADVERSARY PROCEEDING NO.<br>CASE NO. 17-02005 (AMN) |

**PLAINTIFF'S PRE-HEARING**
**LIST OF WITNESSES AND EXHIBITS**

Curtis James Jackson, III, Plaintiff in the above-captioned Adversary Proceeding ("Jackson"), files the within pre-hearing Witness and Exhibit List pursuant to the Court's Scheduling Order entered on February 14, 2022 (AP-ECF No. 454). In anticipation of the evidentiary hearing (the "Hearing") on Jackson's Amended Objection to Reed Smith's Proof of Claim (the "P.O.C. Objection") scheduled to commence before the Court on July 14, 2022, Jackson herein identifies: (a) the individuals Jackson expects to, or may, call as witnesses at the Hearing; and (b) the exhibits Jackson expects to, or may, introduce at the Hearing.

**I.    WITNESSES:**

    **A.  Live Testimony**

Jackson expects to, or may, call any one of more of the following individuals to provide live testimony at the Hearing:

1.  Curtis James Jackson, III
    c/o Baratta, Baratta & Aidala LLP
    546 5th Avenue, 6th Floor
    New York, NY 10036

Jackson is the Plaintiff this Adversary Proceeding, and will testify regarding: (a) the nature and history of his prior relationship with Reed Smith as relevant to his P.O.C. Objection; (b) the circumstances giving rise to his decision to terminate Reed Smith on or about March 27, 2015; and (c) the circumstances by which he discovered and sustained the injuries he was caused to suffer at the hands of Reed Smith that form the bases of his P.O.C. Objection.

2.  Professor Bruce A. Green
    Louis Stein Chair
    Fordham University School of Law
    150 West 62nd Street
    New York, NY 10023

Professor Bruce A. Green ("Professor Green") is a renowned expert in the field of legal ethics. Professor Green will testify as an expert witness concerning the application of professional standards, including the New York Rules of Professional Conduct, to aspects of conduct attributable to Reed Smith in the course of Reed Smith's representation of Jackson during the timeframe relevant to this action, including during Reed Smith's representation of Jackson in *Lastonia Leviston v. Curtis James Jackson, III*, New York State Supreme Court, Index No. 102499/2010 (the "Leviston Case"). Professor Green will further testify as to his assessment of whether Reed Smith's failure to enter a written engagement agreement with Jackson regarding the scope and terms of its engagement of in the Leviston Case ran afoul of the New York Rules of Professional Conduct and 22 NYCRR § 1215.1. Professor Green will further testify as to his assessment of whether Reed Smith's failure to disclose and obtain Jackson's consent to fee-sharing on the Leviston Case between Reed Smith and Theodor Sedlmayr ("Sedlmayr"), Jackson's former transactional attorney, ran afoul of the New York Rules of Professional Conduct.

B. **Deposition Testimony**

Jackson expects to introduce some or all of the designated deposition testimony listed below at the Hearing:

| Deposition Witness #1 | Deposition Pages | Objection(s) |
|---|---|---|
| **Peter Raymond** | 74-81 | |
| | 83 | |
| | 90-95 | |
| | 97-98 | |
| | 103-104 | |
| | 110-111 | |
| | 114-117 | |
| | 119-120 | |
| | 122-129 | |
| | 134-135 | |
| | 138-142 | |
| | 145-146 | |

|  | 148-155 |  |
|---|---|---|
|  | 157-166 |  |
|  | 168-171 |  |
|  | 174-177 |  |
|  | 179-184 |  |
|  | 201-208 |  |
|  | 213-215 |  |
|  | 217-218 |  |
|  | 225-231 |  |
|  | 237-238 |  |
|  | 241-250 |  |
|  | 252-253 |  |
|  | 259 |  |
|  | 268-272 |  |
|  | 274-275 |  |

Case 17-02005    Doc 465    Filed 05/06/22    Entered 05/06/22 16:02:44    Page 4 of 19

|  | 279 |  |
|---|---|---|
|  | 282-285 |  |
|  | 287-289 |  |
|  | 293 |  |
|  | 297-301 |  |
|  | 306-307 |  |
|  | 313-317 |  |
|  | 319-321 |  |
|  | 326-328 |  |
|  | 338 |  |
|  | 342-343 |  |
| **Deposition Witness #2** | **Deposition Pages** | **Objection(s)** |
| **William L. Roberts, III (Deposition #1 – 4/22/2020)** | 17-19 |  |
|  | 25-26 |  |
|  | 29-30 |  |

|  | 34 |  |
|---|---|---|
|  | 38-40 |  |
|  | 42-43 |  |
|  | 48-49 |  |
|  | 69 |  |
|  | 80 |  |
|  | 84-85 |  |
|  | 123 |  |
|  | 124-125 |  |
|  | 128-133 |  |
|  | 139-140 |  |
|  | 151 |  |
|  | 160-161 |  |
|  | 181-182 |  |
|  | 192 |  |

| | | |
|---|---|---|
| | 204-208 | |
| | 211-215 | |
| **William L. Roberts, III (Deposition #2 – 4/24/2020)** | 12-14 | |
| | 36-37 | |
| | 42-45 | |
| | 53-54 | |
| | 59-63 | |
| | 68-71 | |
| **Deposition Witness #3** | **Deposition Pages** | **Objection(s)** |
| **Theodor Sedlmayr** | 31-33 | |
| | 37-39 | |
| | 51-55 | |
| | 60-64 | |
| | 68-71 | |
| | 73-76 | |

|  | 78-83 |  |
|---|---|---|
|  | 86 |  |
|  | 89-92 |  |
|  | 101 |  |
|  | 103-104 |  |
|  | 110-113 |  |
|  | 136-138 |  |
|  | 144-145 |  |
|  | 163 |  |
|  | 206 |  |
|  | 215-218 |  |
|  | 221 |  |
|  | 237 |  |
|  | 239 |  |
|  | 248-249 |  |

|  | 255-256 |  |
|---|---|---|
|  | 261-265 |  |
|  | 277 |  |
|  | 287 |  |
| **Deposition Witness #4** | **Deposition Pages** | **Objection(s)** |
| Evan Farber | 95-99 |  |
|  | 105 |  |
|  | 108 |  |
|  | 110-111 |  |
|  | 114-115 |  |
|  | 124 |  |
|  | 126 |  |
|  | 129 |  |
|  | 130 |  |
|  | 134 |  |

| | | |
|---|---|---|
| | 138-139 | |
| | 143-144 | |
| | 160 | |
| | 164-165 | |
| | 175 | |
| | 190-192 | |
| | 195-197 | |
| | 213-215 | |
| | 217-218 | |
| | 229-230 | |
| | 236-238 | |
| | 240-241 | |
| **Deposition Witness #5** | **Deposition Pages** | **Objection(s)** |
| Stephen Gillers | 10-12 | |
| | 28-29 | |

|  | 30 |  |
|--|----|--|
|  | 59-60 |  |
|  | 62-63 |  |
|  | 77 |  |
|  | 84-85 |  |
|  | 110-113 |  |
|  | 120-122 |  |
|  | 134-135 |  |
|  | 141-145 |  |
|  | 148-151 |  |
|  | 153-154 |  |
|  | 161-164 |  |
|  | 170-174 |  |
|  | 176-178 |  |
|  | 193-194 |  |

Case 17-02005 Doc 465 Filed 05/06/22 Entered 05/06/22 16:02:44 Page 11 of 19

| Deposition Witness #6 | Deposition Pages | Objection(s) |
|---|---|---|
| **Carmen Beauchamp Ciparick** | 53 | |
| | 61-65 | |
| | 74-76 | |
| | 80 | |
| | 93 | |
| | 110-118 | |
| | 123 | |
| | 130 | |
| | 132 | |
| | 150 | |
| | 207-208 | |
| | 228-234 | |

C. Reservations

1. In addition to the deposition testimony listed above, Jackson reserves the right to introduce the deposition of any witness at the Hearing for impeachment purposes or other purposes permitted

12

by FRCP 32(a)(2), as made applicable herein by FRBP 7032.

2. Jackson reserves the right to call any witness: (i) designated by any other party; in rebuttal to any testimony or evidence put forth by any other party; and (iii) to authentic or provide foundation for documents, if necessary.

**II.     HEARING EXHIBITS:**

| Ex. # | Date | Description | Bates Numbers |
|---|---|---|---|
| 1. | 5/22/2017 | Jackson's Amended Objections Reed Smith Proof of Claim No. 18-1 and Adversary Proceeding Containing Amended Counterclaims Against Reed Smith LLP and Peter Raymond (AP-ECF No. 22) | |
| 2. | 5/25/2004 | Retainer Agreement entered into by and between Jackson and Reed Smith in the State of California, dated May 25, 2004 | |
| 3. | 1/3/2020 | Expert Report of Professor Stephen Gillers, dated January 3, 2020, which was served in the above- captioned action | |
| 4. | 2/24/2010 | Complaint, dated February 23, 2010, filed by Lastonia Levistion as against Jackson in *Lastonia Leviston v. Curtis James Jackson, III,* Index No. 102499/2010 (N.Y. Sup. Ct.)(the "Leviston Case") | |
| 5. | 6/1/2015 | Amended Complaint filed in the Leviston Case, dated June 1, 2015 | |
| 6. | 2/22/2011 | Excerpted transcript of Lastonia Leviston's deposition in the Leviston Case, dated February 22, 2011 | RS_JACKSON_0038181-0038268 |
| 7. | 10/11/2011 | Excerpted transcript of Jackson's deposition in the Leviston Case, dated February 22, 2011 | RS_JACKSON_0038577-0038609 |
| 8. | 6/29/2015 | Excerpted transcript of Lastonia Leviston's testimony at trial in the Leviston Case, dated June 29, 2015 | |

| | | | |
|---|---|---|---|
| 9. | 3/12/2009 | True and correct transcription of a portion of a March 12, 2009 interview of William Leonard Roberts, III (p/k/a "Rick Ross") on radio station WPGC 95.5, which is publicly accessible at: https://vimeo.com/3612943 | |
| 10. | 6/29/2015 | Excerpted transcript of Steven G. Burgess' deposition in the Leviston Case, dated June 29, 2015 | RS_JACKSON _0039349-0039456 |
| 11. | 10/18/2011 | Excerpted transcript of Corentin Villemeur's deposition in the Leviston Case, dated October 18, 2011 | |
| 12. | 10/18/2011 | Excerpted transcript of Christopher Singh's deposition in the Leviston Case, dated October 18, 2011 | |
| 13. | 9/3/2020 | Affidavit of Elizabeth Rosenberg of the Internet Archive, dated September 3, 2020; annexed Exhibit A containing true and accurate Internet Archive screenshots of the website thisissabrinassin.ning.com ("ThisIsSabrinasSin") as the site appeared in March, 2009 | |
| 14. | 2/25/2009 | True and correct copy of a February 25, 2009 online news article that was marked as Plaintiff's Exhibit 1 at the deposition of Rick Ross taken in the above-captioned action on April 22, 2020 | |
| 15. | 1/24/2011 | Email from Defendant Peter Raymond to Theodor Sedlmayr, Evan Farber, and Nikki Martin, dated January 24, 2011. | RS_JACKSON _00000068 |
| 16. | 4/2011 | Draft subpoena to Rick Ross, dated April, 2011, which was prepared by Reed Smith during its representation of Jackson in the Leviston Case. | RS_JACKSON _0159976-0159983 |
| 17. | 12/2/2019 | Expert Report of Professor Bruce Green, dated December 2, 2019 which was served in the above- captioned action | |
| 18. | 1/3/2020 | Expert Report of Carmen Beauchamp Ciparick, dated January 3, 2020, which was served in the above- captioned action | |

| | | | |
|---|---|---|---|
| 19. | 12/2/2019 | True and correct copy of the Expert Report of Jonathan D. Lupkin, Esq., dated December 2, 2019, which was served in the above-captioned action | |
| 20. | 1/17/2015 | Mock Jury Report, dated January 17, 2015, which was commissioned by Reed Smith during its representation of Jackson in the Leviston Case. | RS_JACKSON_00000192-00000253 |
| 21. | 1/4/2015 | Email from Evan Farber to Elias Mantzopoulos and Alexander Ulmer, dated January 4, 2015, which was marked Plaintiff's Exhibit 20 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019 | RS_JACKSON_0098048-0098049 |
| 22. | 1/19/2015 | Email from Defendant Peter Raymond to Sarah Levitan, dated January 19, 2015, which was marked Plaintiff's Exhibit 22 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019 | RS_JACKSON_0044825 |
| 23. | 1/19/2015 | Draft Opening Statement prepared by Reed Smith during its representation of Jackson in the Leviston Case, which was attached to the January 19, 2015 email listed as Exhibit 22 *supra* and was marked as Plaintiff's 23 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019 | RS_JACKSON_0044826-044838 |
| 24. | 3/4/2015 | Email correspondence between Evan Farber, Geoffrey Cramton and Sarah Levitan, dated March 4, 2015, which was marked as Plaintiff's 24 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019 | RS_JACKSON_0029852-0029854 |
| 25. | 6/27/2011 | Email correspondence between Othiamba Lovelace and Evan Farber, dated June 27, 2011, which was marked as Plaintiff's 46 at the deposition of Evan Farber taken in the above-captioned action on October 4, 2019 | |
| 26. | 3/12/2015 | Email correspondence between Defendant Peter Raymond, Evan Farber, Geoffrey Cramton, and Sarah Levitan, dated March 12, 2015, which was marked as Plaintiff's 24 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019 | RS_JACKSON_0117836-0117838 |

| | | | |
|---|---|---|---|
| 27. | 1/24/2011 | Email from Defendant Peter Raymond to Theodor Sedlmayr, Evan Farber, and Nikki Martin, dated January 24, 2011, which was marked as Plaintiff's 10 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019 | RS_JACKSON _00000068 |
| 28. | 5/31/2020 | Accounting by Boulevard Management, Inc. of the bankruptcy-related expenses and fees Jackson has incurred in in the pendency of the above-captioned Chapter 11 Bankruptcy through May 31, 2020 | |
| 29. | 10/16/2019 | Amended Damages Assessment, dated October 16, 2019, which Jackson provided to the Defendants in the above-captioned action | |
| 30. | 7/10/2015 | Excerpted transcript of trial in the Leviston Case, dated July 10, 2015, which was produced to the parties in the above-captioned action by non-party Brewer, Attorneys & Counselors | |
| 31. | 7/21/2010 | Answer filed in the Leviston Matter, dated July 21, 2010 | RS_JACKSON _00006027-00006033 |
| 32. | 2/22/2012 | Stipulation in the Leviston Case, which was executed by Defendant Peter Raymond on behalf of Reed Smith on February 22, 2012 and so-ordered by Judge Wooten on February 29, 2012 | |
| 33. | 1/12/2015 | Email from Nikki Martin to Defendant Peter Raymond and Evan Farber, dated January 12, 2015, which was marked as Plaintiff's 37 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019 | RS_JACKSON _00000668 |
| 34. | 1/10/2020 | Email from Defendant Peter Raymond to Theodor Sedlmayr, Nikki Martin, Wallace Neel, and Evan Farber, dated January 10, 2011, which was marked as Plaintiff's 9 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019 | RS_JACKSON _0108547-0108548 |
| 35. | 9/1/2011 | Investigative memorandum on Maurice Murray, dated September 1, 2011, which was commissioned by Reed Smith and was marked as Plaintiff's 33 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019 | RS_JACKSON _00011606-00011609 |

16

| 36. | 10/2011 | Draft subpoena to Maurice Murray, dated October, 2011, which was prepared by Reed Smith during its representation of Jackson in the Leviston Case and was marked as Plaintiff's 31 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019. | RS_JACKSON _00011888-00011894 |
|---|---|---|---|
| 37. | 1/1/2015 | Email from Evan Farber to Defendant Peter Raymond, dated January 1, 2015, which was marked as Plaintiff's 28 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019 | RS_JACKSON _0091845 |
| 38. | 1/13/2015 | True and correct copy of a New Jersey Department of Corrections Offender Profile, bearing a January 13, 2015 access date, which was produced to Jackson by Defendants in the above-captioned action | RS_JACKSON _00000626-00000627 |
| 39. | 12/31/2014 | Email from Craig Weiner to Evan Farber and Stephen Savva, dated December 31, 2014, which was marked as Plaintiff's 29 at the deposition of Defendant Peter Raymond taken in the above-captioned action on August 14, 2019 | |
| 40. | 4/23/2015 | Memorandum of Law in Support of an Order to Show Cause, dated April 23, 2015, which was filed in the Leviston Case by non-party Brewer, Attorneys & Counselors | |
| 41. | 5/1/2015 | True and correct copy of a so-ordered transcript from a hearing in the Leviston Case, dated May 1, 2015, which was produced to the parties in the above-captioned action by non-party Brewer, Attorneys & Counselors | |
| 42. | 5/14/2015 | Notice of Motion for Interim Relief, dated May 14, 2015, which was filed in the Leviston Case by non-party Brewer, Attorneys & Counselors | |
| 43. | 7/10/2015 | Jury's Verdict Sheet from the Leviston Case, dated July 10, 2015 | |
| 44. | 12/18/2019 | Letter from NING Interactive Inc. to Aidala, Bertuna & Kamins, P.C., dated December 18, 2019, in response to a Subpoena Duces Tecum served on NING in the above-captioned action | |

| 45. | 3/27/2015 | Termination letter from Jackson to Reed Smith, dated March 27, 2015 | |
| --- | --- | --- | --- |
| 46. | 1/20/2015 | Reed Smith invoice to Jackson for $60,410.97, dated January 20, 2015 | 029371-029379 |
| 47. | 3/24/2015 | Reed Smith invoice to Jackson for $309,590.35, dated March 24, 2015 | |
| 48. | 4/14/2015 | Reed Smith invoice to Jackson for $151,482.76, dated April 14, 2015 | |

Jackson herein reserves the right to amend the above proposed Exhibit List up until the time of the Hearing. Jackson further herein reserves his rights to use any of the Defendant's listed exhibits and to introduce additional exhibits for rebuttal and/or impeachment purposes.

Dated: May 6, 2022
      New York, New York

Respectfully Submitted,

**BARATTA, BARATTA & AIDALA LLP**

By:   /s/ Imran H. Ansari
      Imran H. Ansari, Esq.
      546 Fifth Avenue, 6th Floor
      New York, NY 10036
      T: (212) 486-0011
      F: (212) 750-8297
      iansari@aidalaw.com

**ZEISLER & ZEISLER, P.C.**

By:   /s/ John L. Cesaroni
      John L. Cesaroni (ct29309)
      10 Middle Street, 15th Floor
      Bridgeport, Connecticut 06604
      T: (203) 368-4234
      jcesaroni@zeislaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, John L. Cesaroni, certify that on May 6, 2022, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF System.

      /s/ John L. Cesaroni
      John L. Cesaroni (ct29309)
      10 Middle Street, 15th Floor
      Bridgeport, Connecticut 06604
      T: (203) 368-4234
      jcesaroni@zeislaw.com

      *Counsel for Plaintiff*