**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| CURTIS JAMES JACKSON, III, | : | |
| | : | CHAPTER 11 |
| Debtor. | : | CASE NO. 15-21233 (AMN) |
| | : | |
| _____ | : | |
| | : | |
| CURTIS JAMES JACKSON, III, | : | |
| | : | ADVERSARY PROCEEDING |
| Debtor-Plaintiff, | : | CASE NO. 17-02005 (AMN) |
| | : | |
| v. | : | |
| | : | |
| REED SMITH LLP AND PETER RAYMOND, | : | MAY 6, 2022 |
| | : | |
| Creditor-Defendant. | : | |

**REED SMITH'S LIST OF WITNESSES AND EXHIBITS**

Pursuant to the Court's Order dated February 14, 2022 (ECF No. 454), Creditor Reed Smith LLP ("Reed Smith") respectfully submits its list of witnesses and exhibits for the July 14 Hearing on Debtor Curtis James Jackson, III's Objection to Reed Smith's Proof of Claim No. 18.

**I.    WITNESSES**

Reed Smith anticipates calling the following witnesses to testify at trial:

1.  Peter Raymond will testify as to, *inter alia*, the three bases for the Objection as set forth in the Court's Order: (1) Mr. Jackson's challenge to the 2004 Engagement Letter based on a supposed violation of 22 NYCRR1251.1 by describing the many cases that Reed Smith handled for Mr. Jackson over the years, including the *Leviston* case and the *Simmons* appeal; (2) the supposed conflict of interest of Mr. Jackson's lawyer, Theodor Sedlmayr, and how that has no relevance to Reed Smith's fee claim; and (3) the work that was performed in preparing the *Leviston* case for trial and the defense of Mr. Jackson in that action, his efforts in trying to get that dangerous case settled, and the reasonableness of those fees given the difficulty of the case and the history of Reed Smith's work for Mr. Jackson on that case and others.

2. <u>Professor Stephen Gillers</u> will provide expert testimony as to, *inter alia*, his analysis and opinions related to the application of relevant New York law from April 2009 to 2015 to the alleged (1) violation of 22 NYCRR 1215.1 and (2) the alleged conflict of interest of Mr. Jackson's "liaison" and lawyer, Theodor Sedlmayr.

3. <u>Curtis James Jackson, III</u> may be called to testify as to, *inter alia*, the basis for his objections and his experience working with Reed Smith and Peter Raymond as it relates to the objection to Reed Smith's Proof of Claim No. 18.

In addition, Reed Smith reserves the right to call any witness identified on Mr. Jackson's List of Witnesses and to call unlisted individuals to rebut or impeach testimony or other evidence introduced in Mr. Jackson's case-in-chief.

The Court has not requested deposition testimony designations from the parties at this time, and, as a result, Reed Smith has not provided such designations. Reed Smith objects to Mr. Jackson's introduction of deposition testimony of witnesses to the extent such designations are prohibited by Federal Rule of Civil Procedure 32 (incorporated to this adversary proceeding by Federal Rule of Bankruptcy Procedure Rule 7032), including as to witnesses who could have testified live but have not been subpoenaed or persuaded to appear in Court to offer their live testimony. Reed Smith is prepared to offer deposition designations, if and as appropriate, on a schedule agreed upon by the parties and the Court.

## II. **EXHIBITS**

Reed Smith reserves the right to offer the following materials into evidence as exhibits at the evidentiary hearing in this matter. Reed Smith further reserves the right to change the exhibit numbers specified below.

| Exhibit No. | Description |
|---|---|
| Defendant Exhibit 1 | Reed Smith's Proof of Claim No. 18 dated 11/03/2015 |
| Defendant Exhibit 2 | Reed Smith Reed Smith Invoice # 2650392 dated 1/20/2015 (RS_JACKSON_0127389) |

| Exhibit No. | Description |
|---|---|
| Defendant Exhibit 3 | Reed Smith Invoice # 2671459 dated 3/24/2015 (RS_JACKSON_0127399) |
| Defendant Exhibit 4 | Reed Smith Invoice # 2679819 dated 4/14/2015 (002063) |
| Defendant Exhibit 5 | Reed Smith Invoice # 2640839 dated 12/16/2014 (RS_JACKSON_0125620) |
| Defendant Exhibit 6 | Reed Smith Invoice # 2650393 dated 1/20/2015 (RS_JACKSON_0156437) |
| Defendant Exhibit 7 | Reed Smith Invoice # 2666993 dated 2/28/2015 (RS_JACKSON_0156467) |
| Defendant Exhibit 8 | Reed Smith Invoice # 2671475 dated 3/23/2015 (RS_JACKSON_0156442) |
| Defendant Exhibit 9 | Reed Smith Invoice # 2680327 dated 4/18/2015 (RS_JACKSON_0156451) |
| Defendant Exhibit 10 | Reed Smith Invoice # 2693806 dated 5/22/2015 (RS_JACKSON_0156456) |
| Defendant Exhibit 11 | Reed Smith Invoice # 2710489 dated 6/30/2015 (RS_JACKSON_0156461) |
| Defendant Exhibit 12 | Complaint dated 2/24/2010, *Leviston v. Jackson III*, Index No. 10102449 (N.Y. Sup. Ct.) (RS_JACKSON_00000052) |
| Defendant Exhibit 13 | Email from P. Raymond to T. Sedlmayr and N. Martin, *et al.* dated 1/10/2011 (RS_JACKSON_00000257) |
| Defendant Exhibit 14 | Transcript of Hearing held on 5/1/2015, *Leviston v. Jackson III*, Index No. 10102449 (N.Y. Sup. Ct.) |
| Defendant Exhibit 15 | Engagement Letter between Reed Smith and C. Jackson dated 5/25/2004 (RS_JACKSON_0054492) |
| Defendant Exhibit 16 | Notice of Removal dated 9/24/2007, *Jackson v. Iris.com*, No. 1:07-cv-00961-PGD-TCB (E.D. Va.) |
| Defendant Exhibit 17 | Amended Complaint dated 12/16/2004, *Alcorn v. Jackson*, Index No. 26393/03 (N.Y. Sup. Ct.) |
| Defendant Exhibit 18 | Complaint dated 7/20/2007, *Jackson v. Traffix, Inc.*, Index No. 602445/2007 (N.Y. Sup. Ct.) (RS_JACKSON_00010778) |
| Defendant Exhibit 19 | Complaint dated 7/23/2008, *Jackson v. Taco Bell Corp.*, No. 1:08-cv-06545-NPB (S.D.N.Y.) |
| Defendant Exhibit 20 | Order dated 2/20/2006, *Milan Music, Inc. v. Emmel Communications Bookings, Inc.*, Index No. 601306103 (N.Y. Sup. Ct.) |

| Exhibit No. | Description |
|---|---|
| Defendant Exhibit 21 | Complaint and Exhibit A, dated 4/10/2007, *Respect Management, LLC v. Roberts*, No. 2:07-cv-01424-CMR (E.D. Pa.) |
| Defendant Exhibit 22 | Order dated 11/15/2007, *Respect Management, LLC v. Roberts*, No. 2:07-cv-01424-CMR (E.D. Pa.) |
| Defendant Exhibit 23 | Reed Smith Invoice # 2065388 dated 11/16/2010 (RS_JACKSON_0127070) |
| Defendant Exhibit 24 | Reed Smith Invoice # 2098991 dated 3/8/2011 (RS_JACKSON_0127102) |
| Defendant Exhibit 25 | Reed Smith Invoice # 2251269 dated 4/10/2012 (RS_JACKSON_0127218) |
| Defendant Exhibit 26 | Reed Smith Invoice # 2386552 dated 3/20/2013 (RS_JACKSON_0127284) |
| Defendant Exhibit 27 | Reed Smith Invoice # 2560687 dated 5/29/2014 (RS_JACKSON_0127344) |
| Defendant Exhibit 28 | Affidavit of William Leonard Roberts, II dated 4/13/2020 |
| Defendant Exhibit 29 | Letter from C. Jackson to P. Raymond dated 3/27/2015 (039926) |
| Defendant Exhibit 30 | Email from N. Martin to M. Carbaello, *et al.* dated 7/18/2013 & Email Attachment (040557; 040558) |
| Defendant Exhibit 31 | Email from M. Oppenheim to M. Cisek dated 9/13/2013 (038522) |
| Defendant Exhibit 32 | Email from T. Sedlmayr to P. Raymond, *et al.* dated 10/4/2015 (038948) |
| Defendant Exhibit 33 | Letter between Bickel & Brewer and C. Jackson dated 3/25/2015 (BREWER_000150) |
| Defendant Exhibit 34 | Email from E. Farber to P. Raymond dated 11/29/2011 (RS_JACKSON_00005926) |
| Defendant Exhibit 35 | Email from P. Raymond to N. Martin, *et al.* dated 9/12/2013 (038608) |
| Defendant Exhibit 36 | Email from P. Raymond to N. Martin dated 1/15/2014 (038213) |
| Defendant Exhibit 37 | Email from N. Martin to P. Raymond dated 2/28/2014 (040521) |
| Defendant Exhibit 38 | Email from V. Johnston to E. Farber, *et al.* dated 4/8/2014 (RS_JACKSON_00003243) |
| Defendant Exhibit 39 | Email Calendar Appointment from P. Raymond dated 5/1/2014 (RS_JACKSON_0125352) |

| Exhibit No. | Description |
| --- | --- |
| Defendant Exhibit 40 | Email from N. Martin to P. Raymond dated 6/12/2014 (RS_JACKSON_00001258) |
| Defendant Exhibit 41 | Email from N. Martin to P. Raymond and E. Farber dated 11/20/2014 (RS_JACKSON_00001327) |
| Defendant Exhibit 42 | Email from P. Raymond to N. Martin, *et al.* dated 1/7/2015 (RS_JACKSON_00001588) |
| Defendant Exhibit 43 | Email from E. Farber to P. Raymond dated 12/18/14 (RS_JACKSON_00006116) |
| Defendant Exhibit 44 | Email from P. Raymond to F. Ansis dated 12/19/2014 (RS_JACKSON_00002237) |
| Defendant Exhibit 45 | Email from P. Raymond to S. Savva dated 12/22/2014 (RS_JACKSON_00001242) |
| Defendant Exhibit 46 | Email from P. Raymond to S. Savva dated 1/21/2015 (RS_JACKSON_00000620) |
| Defendant Exhibit 47 | Email from P. Raymond to N. Martin and S. Savva dated 3/18/2015 (RS_JACKSON_00001228) |
| Defendant Exhibit 48 | Email from P. Freidin to J. Renard, *et al.* dated 6/8/2015 (BAC_001833) |
| Defendant Exhibit 49 | Letter from S. Savva to C. Jackson dated 11/17/2014 (045080) |
| Defendant Exhibit 50 | Letter from S. Savva to C. Jackson dated 12/30/2014 (045070) |
| Defendant Exhibit 51 | Letter from Private Investigative Associates LLC to C. Weiner dated 12/29/2014 (045276) |
| Defendant Exhibit 52 | Letter from W. Brewer to S. Savva dated 4/17/2015 (045043) |
| Defendant Exhibit 53 | Letter from Correll Law Group to C. Jackson dated 6/10/2015 (045038) |
| Defendant Exhibit 54 | Letter from S. Savva to C. Jackson dated 7/1/2015 (045020) |

Reed Smith reserves the right to amend the above provided exhibit list up until the time of the evidentiary hearing. Reed Smith further reserves the right to present other and further exhibits on rebuttal or cross-examination.

Dated:  May 6, 2022            Respectfully submitted,

AXINN, VELTROP & HARKRIDER LLP

*/s/ Thomas G. Rohback*
Thomas G. Rohback (ct01096)
90 State House Square
Hartford, CT 06103
Tel:  860.275.8100
Fax:  860.275.8101
Email: trohback@axinn.com

Craig M. Reiser, admitted *pro hac vice*
114 W 47th St
New York, NY 10036
Tel:  212.728.2200
Fax: 212.261.5654
Email: creiser@axinn.com

*Attorneys for Defendants*
*Reed Smith LLP and Peter Raymond*

## **CERTIFICATE OF SERVICE**

I, Thomas G. Rohback, certify that on May 6, 2022, I caused Reed Smith's List of Witnesses and Exhibits, to be served via CM/ECF on the following counsel of record:

Joseph P. Baratta
Imran H. Ansari
Baratta, Baratta & Aidala, LLP
546 Fifth Avenue, 6th Floor
New York, NY 10036
Email: jpbaratta@barattalaw.com
          iansari@aidalalaw.com

John L. Cesaroni
Zeisler & Zeisler PC
10 Middle Street, 15th Floor
Bridgeport, CT 06604
Email: jcesaroni@zeislaw.com

*/s/ Thomas G. Rohback*
Thomas G. Rohback (ct01096)