# EXHIBIT 56

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **1988018** |
| Invoice Date: | **4/26/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

RE: Leviston Litigation

DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2010

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/25/10 | Peter Raymond | Telephone conference and emails with T. Sedlmayr re: case; review complaint; office conference with O.T. Lovelace re: research on laws re: sex tapes; review what was found; office conference with W. B. Neel re: research on causes of action in complaint; email re: defenses; review tape. | 1.50 | 1,125.00 |
| 02/26/10 | Peter Raymond | Emails and telephone conference with F. Ansis re: legal issues and strategy; review complaint re: same; Internet research on scope of dissemination of video; office conference with W. B. Neel re: jurisdiction and venue issues. | 0.40 | 300.00 |
| 03/04/10 | Peter Raymond | Telephone conference with T. Sedlmayr re: status of case and service and Australia materials sent; review same. | 0.40 | 300.00 |
| 03/23/10 | E. Green | Docket Summons and Complaint received. | 0.10 | 13.00 |
| Totals | | | **2.40** | **1,738.00** |



SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | | | Total |
|---|---|---|---|
| E. Green | 0.10  hrs @ $ | 130.00 / hr | 13.00 |

CONFIDENTIAL

TKS 000507

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | | | |
|---|---|---|---|
| Peter Raymond | 2.30 hrs @ $ 750.00 / hr | | 1,725.00 |
| **Total Professional Services** | | | **$1,738.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 1,738.00 |
| **TOTAL CURRENT INVOICE DUE** | $ | **1,738.00** |

jaspiech

# ReedSmith LLP

*Payment Address*

Department 33489
PO Box 39000
San Francisco, CA 94139

*Wire Address*

Wells Fargo Bank, NA
One Kaiser Plaza, Suite 850
Oakland, CA 94612
ABA Number: 121-000-248

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

Client No.:358762    CURTIS JAMES JACKSON III

Matter ID: 358762.60019  Leviston Litigation

## Statement of Account as of 02 July, 2010

We attach a statement of your account with our firm. When making your remittance, it would assist us greatly if you would please quote our invoice numbers.

If you have any questions in relation to this statement, please contact Bee McNemry directly at 412-288-5431 or by Fax: 412-288-3063 or by E-mail: BMcNemry@ReedSmith.com

| Document No. | Date | Original Amount | Date of Last Payment | Open Amount |
|---|---|---|---|---|
| 1988018 | 04/26/2010 | 1,738.00 | | 1,738.00 |
| 2009619 | 06/16/2010 | 679.20 | | 679.20 |
| | | | Total Amount Outstanding | $2,417.20 |

MRA:Raymond, Peter

CRA:Ansis, Fredric W.

Page 1 of 1

CONFIDENTIAL

TKS 000509

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2020001** |
| Invoice Date: | **7/16/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

## REMITTANCE PAGE
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

RE: Leviston Litigation

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Apr  26, 2010 | 1988018 | 1,738.00 | 0.00 | 1,738.00 |
| Jun  16, 2010 | 2009619 | 679.20 | 0.00 | 679.20 |
| Jul  16, 2010 | 2020001 | 7,765.96 | 0.00 | 7,765.96 |
| | | | | |
| | | | **Total Fees and Expenses Due** | 10,183.16 |

*Total Balance Due Upon Receipt*        $    10,183.16

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000510

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2020001** |
| Invoice Date: | **7/16/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

RE: Leviston Litigation

---

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Current Fees .................................................................. | $ | 7,716.00 |
| Total Current Disbursements ................................................. | | 49.96 |
| **Total Due This Invoice:** | $ | **$7,765.96** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000511

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | |
|---|---|
| G-Unit Records | Invoice Number: **2020001** |
| c/o Curtis James Jackson III | Invoice Date: **7/16/2010** |
| c/o Theodor K. Sedlmayr, Esq. | Client Number: **358762** |
| Sedlmayr & Associates, P.C. | Matter Number: **60019** |
| 200 Park Avenue South - Suite 1408 | |
| New York, NY 10003 | |

RE: Leviston Litigation

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2010

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/07/10 | Peter Raymond | Check on status of service; review emails re: same; check CPLR re: time limit to effect service and check dates re: same. | 0.30 | 225.00 |
| 06/18/10 | Peter Raymond | Review emails are: service of Complaint on client; review complaint and possible motion to dismiss with W. B. Neel. | 0.60 | 450.00 |
| 06/21/10 | Peter Raymond | Emails with T. Sedlmayr and Nikki re: case; review new N.J. complaint and review CPLR re: possible motion to stay; research N.J. counsel. | 0.80 | 600.00 |
| 06/23/10 | Peter Raymond | Review plaintiff's letter to court with affidavit of service; details re: same and docket; research re: deadlines and motion to stay one case pending outcome of other case. | 0.50 | 375.00 |
| 06/23/10 | K. Nero | Retrieved a copy of letter-sup. ny | 1.10 | 132.00 |
| 06/24/10 | D. Mateo | Confer with Peter Raymond re: assistance with NJ litigation; review the NY and NJ complaint and related information provided by Mr. Raymond; conduct some initial due diligence on plaintiff's counsel. | 1.30 | 637.00 |
| 06/24/10 | Peter Raymond | Telephone conference with Theo Sedlmayr to discuss case and strategy; telephone conference with D. Mateo re: New Jersey case, answer deadline and | 1.00 | 750.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | dismissal issue; office conference with B. Goldberg re: research on motion to stay New York action and legal issues on the merits; details re: docket. | | |
| 06/24/10 | B.S. Goldberg | Attend office conference with P. Raymond regarding background of New York and New Jersey actions and researching dismissal of New York action due to prior action pending; review and analyze Complaints in New York and New Jersey actions. | 1.00 | 340.00 |
| 06/25/10 | Peter Raymond | Emails with D. Mateo re: N.J. action deadlines; details re: docket; review second letter filed with Court and court notice re: same. | 0.40 | 300.00 |
| 06/25/10 | K. Nero | Retrieved a copy of affidavit of service and letter-sup. ny | 1.40 | 168.00 |
| 06/28/10 | Peter Raymond | Office conference with B. Goldberg re: his research on jurisdiction; dismissal motion re: prior pending action and privacy law in New Jersey; review his memo re: same. | 0.50 | 375.00 |
| 06/28/10 | B.S. Goldberg | Conduct secondary source and case law research regarding dismissal in favor of prior pending action, pursuant to CPLR 3211(a)(4); review and analyze key cases regarding same; attend office conference with P. Raymond regarding research; conduct case law research on New Jersey causes of action for publication of private facts and appropriate of name and likeness; draft summary of research for submission to P. Raymond and W. Neel. | 5.50 | 1,870.00 |
| 06/29/10 | D. Mateo | Review background information on Plaintiff's counsel and forward same to Peter Raymond; confer with Peter Raymond re: strategy issue relating to dismissal of NJ action in light of cause of action for disclosure of private facts. | 0.60 | 294.00 |

CONFIDENTIAL

TKS 000513

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/29/10 | Peter Raymond | Telephone conference Dan Mateo in New Jersey re: private facts cause of action and possible dismissal motion there in favor or New York action; telephone conference with T. Sedlmayr re: status and strategy for case; office conference with B. Goldberg re: research memo. | 0.80 | 600.00 |
| 06/30/10 | Peter Raymond | Telephone conference with plaintiff's New Jersey and Florida counsel re: case, jurisdiction issues and possible agreement to litigate in New York; office conference with W. B. Neel re: deadlines and possible motion to dismiss; review CPLR re: deadline for service out of state. | 0.80 | 600.00 |
| Totals | | | 16.60 | 7,716.00 |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | | | | Total |
|---|---|---|---|---|
| B.S. Goldberg | 6.50 hrs @ $ | 340.00 | / hr | 2,210.00 |
| D. Mateo | 1.90 hrs @ $ | 490.00 | / hr | 931.00 |
| K. Nero | 2.50 hrs @ $ | 120.00 | / hr | 300.00 |
| Peter Raymond | 5.70 hrs @ $ | 750.00 | / hr | 4,275.00 |

CONFIDENTIAL

TKS 000514

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Total Professional Services | | $7,716.00 |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
| --- | --- | --- | --- |
| 06/30/2010 | Duplicating/Printing/Scanning | 58  0.15 | 8.70 |
| 05/12/2010 | General Expense ALM-LASTONIA LEVISTON - CURTIS JAMES JACKSON III | | 13.65 |
| 05/31/2010 | General Expense ALM - LASTONIA LEVISTON - CURTIS JAMES JACKSON I II | | 11.79 |
| 06/23/2010 | Outside Duplicating VENDOR: Evelyn Green, Jun 23, 2010 | | 4.55 |
| 06/23/2010 | Taxi Expense VENDOR: Evelyn Green, Jun 23, 2010 Train fare to court. | | 2.25 |
| 06/23/2010 | Telephone - Outside Cell Phone Calls - VENDOR: Evelyn Green, Jun 23, Calls to office from pay phone. | | 0.50 |
| 06/25/2010 | Outside Duplicating VENDOR: Evelyn Green, Jun 25, 2010 | | 1.40 |
| 06/25/2010 | Taxi Expense VENDOR: Evelyn Green, Jun 25, 2010 Train fare to and from court. | | 4.50 |
| 06/25/2010 | Telephone - Outside Cell Phone Calls - VENDOR: Evelyn Green, Jun 25, Calls to office from pay phone. | | 0.50 |
| 06/30/2010 | General Expense VENDOR: COURTALERT.COM, INC.: Court Watch - action in Rockland County | | 2.12 |
| | Current Costs and Expenses | | $49.96 |

## INVOICE SUMMARY

| | | |
| --- | --- | --- |
| Total Fees | $ | 7,716.00 |
| Disbursements | $ | 49.96 |
| **TOTAL CURRENT INVOICE DUE** | $ | 7,765.96 |

CONFIDENTIAL

TKS 000515

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2032006** |
| Invoice Date: | **8/17/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

## REMITTANCE PAGE
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Leviston Litigation**

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Apr 26, 2010 | 1988018 | 1,738.00 | 0.00 | 1,738.00 |
| Jul 16, 2010 | 2020001 | 7,765.96 | 0.00 | 7,765.96 |
| Aug 17, 2010 | 2032006 | 29,585.22 | 0.00 | 29,585.22 |
| | | | | |
| | | | **Total Fees and Expenses Due** | 39,089.18 |

**Total Balance Due Upon Receipt**          $     39,089.18

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000516

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2032006** |
| Invoice Date: | **8/17/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

RE: Leviston Litigation

## INVOICE SUMMARY

Total Current Fees ................................................................ $      28,977.00

Total Current Disbursements ...........................................      608.22

**Total Due This Invoice:**      $      **$29,585.22**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000517

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2032006** |
| Invoice Date: | **8/17/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

RE: Leviston Litigation

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2010

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/10 | Peter Raymond | Email plaintiff's counsel re: decision on venue of case; office conference with W. B. Neel re: possible motion and timing of same. | 0.40 | 300.00 |
| 07/08/10 | D. Mateo | Review emails from Peter Raymond and Plaintiff's counsel re: extension of time to answer. | 0.20 | 98.00 |
| 07/08/10 | Peter Raymond | Emails with Leviston's counsel re: status of proposal to litigate case in New York; telephone conference with P. Freidin re: same and extension of deadlines to respond in the New York and New Jersey cases; draft confirmation of extensions and details re: stipulation in New Jersey and docket update. | 0.70 | 525.00 |
| 07/09/10 | D. Mateo | Confer with Peter Raymond re: extension of time to answer , removal and choice of law issues; prepare stipulation extending time to answer and email same to opposing counsel. | 0.90 | 441.00 |
| 07/09/10 | Peter Raymond | Emails and office conference with D. Mateo re: need for stipulation in New Jersey and strategy on possible motion; review draft stipulation and emails to adversaries re: same; review factors for dismissal motion in New Jersey with D. Mateo. | 0.80 | 600.00 |
| 07/12/10 | Peter Raymond | Review email from Leviston's counsel re: adjourning New Jersey action response; emails with D. Mateo re: same; telephone | 0.40 | 300.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | conference with Leviston's Florida counsel re: status of offer to consolidate cases. | | |
| 07/14/10 | Peter Raymond | Review letter from Chipper and enclosures re: sane and service; emails with plaintiff's two lawyers re: status of agreement to litigate in New York and drop the New Jersey action; review complaint re: possible challenges to same. | 0.50 | 375.00 |
| 07/15/10 | Peter Raymond | Review emails re: extension of time; review complaint and memo re: dismissal issues to research. | 0.40 | 300.00 |
| 07/16/10 | Peter Raymond | Office conference with W. B. Neel re: defamation claim and research plaintiff on the Internet re: escort service records. | 0.40 | 300.00 |
| 07/19/10 | Peter Raymond | Office conference with W. B. Neel re: status and logistics and strategy for New York answer and New Jersey motion to dismiss; telephone conference with P. Friedin and other counsel for plaintiff re: jurisdiction issue and their request for a deposition; draft email to T. Sedlmayr re: information needed for the dispute. | 1.00 | 750.00 |
| 07/21/10 | D. Mateo | Exchange emails with Peter Raymond re: filing motion to dismiss NJ action brought by Ms. Leviston; telephone conference with Mr. Raymond re: same; follow-up discussion with Wallace Neel re: contents of client affidavit; identify and provide Mr. Neel with sample NJ certifications; confer with Amy McVeigh re: legal research needed to support motion to dismiss; review and revise draft email to Plaintiff's counsel requesting the voluntary dismissal of the New Jersey action; conduct initial legal research addressing dismissal or stay of identical legal action in NJ under principles of comity. | 2.90 | 1,421.00 |
| 07/21/10 | Peter Raymond | Email and call with Dan Mateo re: filing motion to dismiss in New Jersey; emails with T. Sedlmayr and N. Martin re: facts for | 2.20 | 1,650.00 |

CONFIDENTIAL

TKS 000519

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | jurisdictional arguments; review material received from Nikki Martin and research re: same; office conference with W. B. Neel re: same and strategy; review and revise answer to New York complaint and review file re: same; draft email to Leviston's counsel to set up our motion to dismiss in New Jersey; review comments on same and revise. | | |
| 07/21/10 | W. Neel | Conference in office with Peter Raymond and telephone conference with Dan Mateo concerning strategy with respect to the two cases; propose answering the New York action, and draft answer; legal research concerning the assumption of risk in New York; revise proposed e-mail to opposing counsel; serve answer; revise proposed courtesy e-mail to opposing counsel. | 6.60 | 3,696.00 |
| 07/21/10 | A. McVeigh | Confer with D. Mateo re: legal research needed to support motion to dismiss. | 0.20 | 20.00 |
| 07/22/10 | D. Mateo | Review final email to Plaintiff's counsel and answer filed in response tot he NY complaint; confer with Amy McVeigh re: motion to dismiss research and related issues. | 0.50 | 245.00 |
| 07/22/10 | Peter Raymond | Revise letter to plaintiffs counsel setting forth jurisdictional argument and making final offer to dismiss New Jersey action before a motion is made; office conference with Wallace Neel regarding same and attaching answer; review final and discuss filing issue. | 0.80 | 600.00 |
| 07/23/10 | Peter Raymond | E-mails regarding team regarding motion to dismiss and discovery following service of answer; telephone conference with Wallace Neel regarding same; draft memo of facts relevant to motion. | 0.50 | 375.00 |
| 07/24/10 | D. Mateo | Review background research on motion to dismiss or stay the NJ litigation; outline proposed response and exchange emails with Amy McVeigh re: same. | 1.70 | 833.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749830

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| | | preliminary statement section of brief. | | |
| 07/29/10 | P. Ramos | Researched motion to dismiss based on doctrine of forum non conveniens. Drafted email to A. McVeigh regarding same. | 5.00 | 500.00 |
| 07/30/10 | D. Mateo | Review Wallace Neal's revisions to Peter Raymond's certification and confer with Amy McVeigh re: same; further revise and finalize certification of Peter Raymond; revise and supplement brief in support of motion to dismiss and confer with Amy McVeigh re: additional research and cites re: jurisdictional discovery and fiduciary shield doctrine in NJ. | 4.20 | 2,058.00 |
| 07/30/10 | Peter Raymond | Review final Jackson certification and forward same to Nikki Martin for execution; review and revise P. D. Raymond certification and office conference with W. B. Neel re: same and facts; emails with team re: logistics for motion. | 1.50 | 1,125.00 |
| 07/30/10 | W. Neel | Continue revising Peter Raymond certification, and receive the final version of client certification with signature; finalize Peter Raymond certification and deliver all to New Jersey lawyers. | 1.60 | 896.00 |
| 07/30/10 | A. McVeigh | Revise brief to include newly-added facts from counsel certification; revise brief to include comments and suggested revisions from D. Mateo; conduct legal research re: jurisdictional discovery and fiduciary shield doctrine in NJ; exchange emails with Wallace Neel re: draft of brief and final certifications; send draft to Peter Raymond, D. Mateo, and Wallace Neel for review and comment. | 5.30 | 530.00 |
| Totals | | | 70.70 | 28,977.00 |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Total |
|------------|-------|

CONFIDENTIAL

TKS 000521

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | | | | |
|---|---|---|---|---:|
| A. McVeigh | 22.40 hrs @ $ | 100.00 | / hr | 2,240.00 |
| D. Mateo | 10.40 hrs @ $ | 490.00 | / hr | 5,096.00 |
| P. Ramos | 5.00 hrs @ $ | 100.00 | / hr | 500.00 |
| Peter Raymond | 14.30 hrs @ $ | 750.00 | / hr | 10,725.00 |
| W. Neel | 18.60 hrs @ $ | 560.00 | / hr | 10,416.00 |
| **Total Professional Services** | | | | **$28,977.00** |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
|---|---|---|---:|
| 07/31/2010 | Duplicating/Printing/Scanning | 605  0.15 | 90.75 |
| 07/31/2010 | Lexis | | 496.90 |
| 07/20/2010 | Courier Service - Outside Courier Service - Outside -- VENDOR: COURTALERT.COM, INC.: COURT WATCH | | 15.57 |
| 07/21/2010 | Taxi Expense Taxi Expense Bus/Shuttle - VENDOR: Evelyn Green, Jul 21, 2010 Train fare to and from court. | | 4.50 |
| 07/21/2010 | Telephone - Outside Telephone - Outside Cell Phone Calls - VENDOR: Evelyn Green, Jul 21, Call to office from court. | | 0.50 |
| | **Current Costs and Expenses** | | **$608.22** |

## INVOICE SUMMARY

| | | |
|---|---|---:|
| Total Fees | $ | 28,977.00 |
| Disbursements | $ | 608.22 |
| **TOTAL CURRENT INVOICE DUE** | $ | **29,585.22** |

dbappadm

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2041121** |
| Invoice Date: | **9/17/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

### REMITTANCE PAGE
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

RE: Leviston Litigation

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Apr  26, 2010 | 1988018 | 1,738.00 | 0.00 | 1,738.00 |
| Jul  16, 2010 | 2020001 | 7,765.96 | 0.00 | 7,765.96 |
| Aug  17, 2010 | 2032006 | 29,585.22 | 0.00 | 29,585.22 |
| Sep  17, 2010 | 2041121 | 34,576.59 | 0.00 | 34,576.59 |
| | | | | |
| | | | **Total Fees and Expenses Due** | 73,665.77 |

**Total Balance Due Upon Receipt**          $     73,665.77

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY  11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL                                                     TKS 000523

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2041121** |
| Invoice Date: | **9/17/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

RE: Leviston Litigation

## INVOICE SUMMARY

Total Current Fees.................................................................................... $    33,887.00

Total Current Disbursements .......................................................            689.59

**Total Due This Invoice:**        $    **$34,576.59**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000524

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2041121** |
| Invoice Date: | **9/17/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

RE: Leviston Litigation

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH August 31, 2010

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/25/10 | O. Lovelace | Legal research regarding the legal requirements that must be satisfied in order to make an adult entertainment film in New York; conference with W. Neel and P. Raymond regarding same. | 2.90 | 696.00 |
| 07/28/10 | D. Mateo | Review initial draft of client certification; confer with Amy McVeigh re: revisions to same and conforming brief; review revised and updated client certification sent to Wallace Neal for presentation to the client; work with Amy McVeigh on the brief. | 2.50 | 1,225.00 |
| 07/29/10 | D. Mateo | Review case law collected in support of motion to dismiss; conduct some additional research; begin revising brief in support of motion to dismiss; review and revise Peter Raymond's certification and emails with Mr. Raymond re: same; telephone call with Wallace Neal re: Raymond certification and review his consolidated certification. | 4.80 | 2,352.00 |
| 08/02/10 | D. Mateo | Review and finalize brief and related documents in support of motion to dismiss; coordinate filing with Amy McVeigh. | 3.90 | 1,911.00 |
| 08/02/10 | Peter Raymond | Office conference with W. B. Neel and email with D. Mateo re: motion to dismiss; | 0.80 | 600.00 |

CONFIDENTIAL

TKS 000525

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | review and revise memo of law on motion and follow up emails and calls re: same and logistics of motion filing and schedule. | | |
| 08/02/10 | A. McVeigh | Prepare ancillary documents to be filed along with Motion to Dismiss and send to D. Mateo for review and comment; revise brief to incorporate comments from W. Neel and P. Raymond; coordinate and prepare filing of same with the Superior Court of New Jersey. | 4.30 | 430.00 |
| 08/03/10 | Peter Raymond | Telephone conference with Dan Mateo re: motion filing and next steps; office conference with W. B. Neel re: same. | 0.30 | 225.00 |
| 08/03/10 | W. Neel | Complete final review of motion papers in the New Jersey Action; correspondence with Amy McVeigh concerning same; correspondence with Peter Raymond concerning final edits. | 1.50 | 840.00 |
| 08/04/10 | Peter Raymond | Emails with New Jersey office re: oral argument on motion; emails with Leviston's counsel re: their opposition and scheduling issues. | 0.50 | 375.00 |
| 08/04/10 | O. Lovelace | Conference with W. Neel regarding status of case; review case file for pending document request. | 0.70 | 168.00 |
| 08/05/10 | D. Mateo | Review pro hac motion filed by Plaintiff's Florida counsel and exchange emails with Peter Raymond re: same. | 0.40 | 196.00 |
| 08/05/10 | Peter Raymond | Emails with D. Mateo re: oral argument of motion to dismiss and strategy re: same; office conference with W. B. Neel re: attending same; telephone conference with Freidin re: response to our motion and case status. | 0.30 | 225.00 |
| 08/09/10 | Peter Raymond | Emails with D. Mateo re: New Jersey motion and argument; email papers to clients; office conference with W. B. Neel | 0.50 | 375.00 |

CONFIDENTIAL

TKS 000526

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | re: drafting written discovery requests in New York. | | |
| 08/10/10 | O. Lovelace | Review case file and prepare document request; prepare request for medical records. | 5.90 | 1,416.00 |
| 08/11/10 | O. Lovelace | Revise document request and request for medical records and deliver said documents to W. Neel. | 0.40 | 96.00 |
| 08/16/10 | D. Mateo | Exchange emails with Wallace Neel re: motion hearing. | 0.20 | 98.00 |
| 08/16/10 | Peter Raymond | Emails with Dan Mateo re: oral argument on motion in New Jersey and possible need for fact witnesses; office conference with W. B. Neel re: New York discovery in case, deposition schedule and document demands to be served. | 0.60 | 450.00 |
| 08/17/10 | Peter Raymond | Office conference with W. B. Neel re: call with Mateo re: hearing; office conference with d. Mateo re: same and possible testimony at the hearing. | 0.20 | 150.00 |
| 08/18/10 | Peter Raymond | Office conference with W. B. Neel re: opposition papers on motion to dismiss; deadlines and hearing preparation. | 0.40 | 300.00 |
| 08/19/10 | D. Mateo | Review and analyze Plaintiff's opposition to our motion to dismiss and Plaintiff's cross motion to amend the complaint to add a conspiracy claim; confer with Peter Raymond and Wallace Neel re: substance of the opposition and strategy for responding to same; confer with Amy McVeigh re: needed research; outline the substance of the reply brief. | 2.60 | 1,274.00 |
| 08/19/10 | Peter Raymond | Read Leviston's lengthy responding papers to our motion to dismiss, the proposed amended complaint and the motion for permission to file the amended complaint; telephone conference with Dan Mateo and W. B. Neel to discuss papers | 3.00 | 2,250.00 |

CONFIDENTIAL

TKS 000527

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | and strategy for reply; email Nikki and T. Sedlmayr re: explanation for alleged discrepancies in 50's declaration. | | |
| 08/19/10 | W. Neel | Receive and review opposition papers related to our motion in the New Jersey Action; conference in office with Peter Raymond concerning incomplete facts in client's Certification; legal research concerning New York law with respect to noticing depositions. | 1.80 | 1,008.00 |
| 08/20/10 | D. Mateo | Telephone call with Peter Raymond and Wallace Neel to discuss strategy for responding to Plaintiff's opposition brief; follow-up conference call with Amy McVeigh re: same; telephone call from Judge Coleman's chambers re: oral argument; follow-up discussion with the court's staff re: same; telephone call with Plaintiff's counsel re: adjournment of the oral argument and consent to pro hac vice motion; review email from client's business manager re: dates contained in Mr. Jackson's certification; review civil conspiracy law in NJ to determine futility of Plaintiff's proposed amendment to the complaint; review email exchange re: plaintiff's noticed deposition in NY. | 2.90 | 1,421.00 |
| 08/20/10 | Peter Raymond | Review opposition papers on motion to dismiss or stay New Jersey action; conference call with W. B. Neel and New Jersey counsel re: reply brief and strategy re: same; office conference with W. B. Neel re: drafting declaration to deal with omissions in 50's Declaration; several emails with adversaries regarding plaintiffs deposition and their intension to move for protective order. | 4.00 | 3,000.00 |
| 08/20/10 | W. Neel | Telephone conference with Dan Mateo, Amy McVeigh, and Peter Raymond concerning how to handle the incomplete | 6.00 | 3,360.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | nature of the client's Certification; conference in office with Peter Raymond concerning the our response, and begin drafting same; correspondence with Peter Raymond concerning the ongoing correspondence with opposing counsel with respect to our noticing the deposition of the Plaintiff in the New York Action; finalize Peter Raymond Reply Certification to address the apparent incomplete nature of the client's Certification. | | |
| 08/20/10 | A. McVeigh | Review opposition papers filed by Plaintiff; confer with D. Mateo, P. Raymond, and W. Neel re: same and strategy for reply to same; review and analyze case law cited by Plaintiff; conduct preliminary research re: assigned Judge. | 3.20 | 320.00 |
| 08/21/10 | Peter Raymond | Review and revise reply papers. | 0.80 | 600.00 |
| 08/21/10 | A. McVeigh | Begin to prepare reply brief in further support of Motion to Dismiss or Stay, including preliminary statement and legal argument re: comity dimissals/stays; review certification of Peter Raymond. | 5.00 | 500.00 |
| 08/22/10 | D. Mateo | Review draft reply brief and certification from Peter Raymond and begin revising and supplementing same; telephone call and emails with Amy McVeigh re: additional points and research needed to complete the reply brief. | 2.50 | 1,225.00 |
| 08/22/10 | Peter Raymond | Review and revise memo of law and conference with W. B. Neel re: same. | 1.00 | 750.00 |
| 08/22/10 | A. McVeigh | Continue to prepare reply brief in further support of a Motion to Dismiss or Stay, including legal argument sections re: forum non conveniens, personal jurisdiction, and in opposition to Plaintiff's | 7.30 | 730.00 |

CONFIDENTIAL

TKS 000529

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | motion for leave to amend; conduct legal research re: same to include in reply brief; confer with D. Mateo re: certain aspects of same; send reply brief to D. Mateo for review and comment. | | |
| 08/23/10 | D. Mateo | Finalize reply brief in support of Mr. Jackson's motion to dismiss and in opposition to Plaintiff's cross motion to amend the complaint; revise Mr. Raymond's Certification; revise related documents; exchange emails with adversary re: reply papers and return date of the motion; oversee filing and service of reply brief and supporting documents. | 5.70 | 2,793.00 |
| 08/23/10 | W. Neel | Correspondence with Amy McVeigh with respect to Reply Certification; correspondence with Peter Raymond concerning minor edits to the version we had agreed upon last week; finalize Reply Certification, review reply brief, and correspondence with Amy McVeigh concerning edits from the New York lawyers. | 1.30 | 728.00 |
| 08/23/10 | A. McVeigh | Work with D. Mateo to revise and finalize reply brief; conduct additional legal research re: discovery in the context of forum non conveniens; prepare ancillary documents for filing of same, including certification of service, facsimile signature certification, and filing letters; coordinate filing and service of same. | 6.40 | 640.00 |
| 08/24/10 | D. Mateo | Various calls to court re: oral argument date; call with Plaintiff's counsel re: same; call with Wallace Neel; prepare confirming letter to the court memorilazing adjournment of oral argument on motion to dismiss; review email from plaintiff's counsel re: deposition of plaintiff; extended conference call with Randy | 1.50 | 735.00 |

CONFIDENTIAL

TKS 000530

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Rosenblum re: same; exchange follow emails with Wallace Neel and Peter Raymond re: same. | | |
| 08/24/10 | Peter Raymond | Telephone conference with W. B. Neel re: hearing date and opposition papers; review same. | 0.50 | 375.00 |
| 08/24/10 | A. McVeigh | Contact chambers for Judge Coleman re: adjournment of motion return date; work with D. Mateo, W. Neel, and opposing counsel to negotiate and identify alternate date; confirm alternate date with chambers. | 0.50 | 50.00 |
| Totals | | | 87.10 | 33,887.00 |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | | | | | Total |
|---|---|---|---|---|---|
| A. McVeigh | 26.70 | hrs @ $ | 100.00 | / hr | 2,670.00 |
| D. Mateo | 27.00 | hrs @ $ | 490.00 | / hr | 13,230.00 |
| O. Lovelace | 9.90 | hrs @ $ | 240.00 | / hr | 2,376.00 |
| Peter Raymond | 12.90 | hrs @ $ | 750.00 | / hr | 9,675.00 |
| W. Neel | 10.60 | hrs @ $ | 560.00 | / hr | 5,936.00 |

CONFIDENTIAL

TKS 000531

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Total Professional Services | $33,887.00 |
|---|---|

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
|---|---|---|---|
| 08/31/2010 | Courtlink | | 10.00 |
| 08/31/2010 | PACER | | 1.20 |
| 08/31/2010 | Duplicating/Printing/Scanning | 759  0.15 | 113.85 |
| 08/31/2010 | Westlaw | | 348.25 |
| 06/30/2010 | General Expense General Expense ALM- LASTONIA LEVISTON - CURTIS JAMES JACKSON III | | 13.65 |
| 07/26/2010 | Courier Service - Outside Courier Service - Outside 00843 UPS - Shipped from Evelyn Gonzalez Reed Smith LLP - New York to Darren M. Gelber, Es WILENTZ, GOLDMAN & SPITZER (WOODBRIDGE NJ 07095) Wallace B. Neel 1Z4082W22594233435 | | 9.11 |
| 08/02/2010 | Courier Service - Outside Courier Service - Outside 00843 UPS - Shipped from Daniel Mateo, Esquir Reed Smith LLP - Philadelph to Darren M. Gelber, Es Wilentz, Goldman & Spitzer (WOODBRIDGE NJ 07095) 1Z7332X60192395575 | | 8.96 |
| 08/02/2010 | Courier Service - Outside Courier Service - Outside 00843 UPS - Shipped from Daniel Mateo, Esquir Reed Smith LLP - Philadelph to Philip Freidin, Esq. Freidin Dobrinsky (MIAMI FL 33131) 1Z7332X60194546569 | | 19.36 |
| 08/02/2010 | Courier Service - Outside Courier Service - Outside 00843 UPS - Shipped from Daniel Mateo, Esquir Reed Smith LLP - Philadelph to Clerk, Law Division Superior Court of NJ - Esse (NEWARK NJ 07102) 1Z7332X60194660140 | | 8.96 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ✦ LONDON ✦ HONG KONG ✦ CHICAGO ✦ WASHINGTON, D.C ✦ BEIJING ✦ PARIS ✦ LOS ANGELES ✦ SAN FRANCISCO ✦ PHILADELPHIA ✦ PITTSBURGH ✦
OAKLAND ✦ MUNICH ✦ ABU DHABI ✦ PRINCETON ✦ NORTHERN VIRGINIA ✦ WILMINGTON ✦ SILICON VALLEY ✦ DUBAI ✦ CENTURY CITY ✦ RICHMOND ✦ GREECE

| Date | Description | Amount |
|------|-------------|--------|
| 08/23/2010 | General Expense General Expense -- VENDOR: U.S. DOCUMENT RETRIEVAL: Photocopies, e-mail and NJ transportation costs | 146.25 |
| 08/27/2010 | General Expense General Expense -- VENDOR: LEXISNEXIS COURTLINK INC: Courtlink - July 2010 | 10.00 |
| | Current Costs and Expenses | $689.59 |

INVOICE SUMMARY

| Total Fees | $ | 33,887.00 |
|------------|---|-----------|
| Disbursements | $ | 689.59 |
| TOTAL CURRENT INVOICE DUE | $ | 34,576.59 |

jaspiech

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2050774** |
| Invoice Date: | **10/12/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

### REMITTANCE PAGE
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

RE: **Leviston Litigation**

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Apr  26, 2010 | 1988018 | 1,738.00 | 0.00 | 1,738.00 |
| Jul  16, 2010 | 2020001 | 7,765.96 | 0.00 | 7,765.96 |
| Aug  17, 2010 | 2032006 | 29,585.22 | 0.00 | 29,585.22 |
| Sep  17, 2010 | 2041121 | 34,576.59 | 0.00 | 34,576.59 |
| Oct  12, 2010 | 2050774 | 35,669.58 | 0.00 | 35,669.58 |
| | | | **Total Fees and Expenses Due** | 109,335.35 |

***Total Balance Due Upon Receipt***          $    109,335.35

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY  11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000534

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ◆ LONDON ◆ HONG KONG ◆ CHICAGO ◆ WASHINGTON, D.C ◆ BEIJING ◆ PARIS ◆ LOS ANGELES ◆ SAN FRANCISCO ◆ PHILADELPHIA ◆ PITTSBURGH ◆
OAKLAND ◆ MUNICH ◆ ABU DHABI ◆ PRINCETON ◆ NORTHERN VIRGINIA ◆ WILMINGTON ◆ SILICON VALLEY ◆ DUBAI ◆ CENTURY CITY ◆ RICHMOND ◆ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2050774** |
| Invoice Date: | **10/12/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

RE: Leviston Litigation

## INVOICE SUMMARY

Total Current Fees ................................................................................... $      34,768.00

Total Current Disbursements .............................................................................      901.58

**Total Due This Invoice:**      $      **$35,669.58**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000535

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | 2050774 |
| Invoice Date: | 10/12/2010 |
| Client Number: | 358762 |
| Matter Number: | 60019 |

RE: Leviston Litigation

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH September 30, 2010

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/08/10 | Peter Raymond | Office conference with W. B. Neel re: oral argument of motion and strategy re: discovery. | 0.40 | 300.00 |
| 09/09/10 | Peter Raymond | Review and revise interrogatories and document demands and office conference with W. B. Neel re: same and revisions. | 0.70 | 525.00 |
| 09/09/10 | W. Neel | Draft interrogatories, document requests, and medical authorization requests upon plaintiff; legal research concerning the definition of sexual conduct; factual research regarding plaintiff; draft requests. | 2.50 | 1,400.00 |
| 09/10/10 | D. Mateo | Review motion to strike and for sanctions and confer with Amy McVeigh re: same; review case law cited in Plaintiff's motion. | 0.80 | 392.00 |
| 09/10/10 | Peter Raymond | Read plaintiff's motion to strike and for sanctions arising from 50's recent affidavit filed; emails with team re: same; review and revise discovery requests. | 1.80 | 1,350.00 |
| 09/10/10 | W. Neel | Receive and review motion to strike and for sanctions; correspondence with Peter Raymond concerning same. | 1.00 | 560.00 |
| 09/10/10 | A. McVeigh | Review Plaintiff's Motion to Strike and for Sanctions and preliminarily discuss case law and opposition to same with D. Mateo. | 0.80 | 80.00 |

CONFIDENTIAL

TKS 000536

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/13/10 | Peter Raymond | Review sanctions motion received from adversary; office conference with W. B. Neel re: strategy on reply; emails with N.J. office re: same. | 1.50 | 1,125.00 |
| 09/14/10 | Peter Raymond | Review new developments in New Jersey with W. B. Neel and discuss strategy for discovery in New York action; review and sign off on discovery requests to be served today; emails with Mateo re: opposition to sanctions motion and review papers re: same. | 0.80 | 600.00 |
| 09/15/10 | D. Mateo | Confer with Wallace Neel regarding status of motion for sanctions; confer with Amy McVeigh re:her call to the court re: same. | 0.30 | 147.00 |
| 09/15/10 | Peter Raymond | Office conference with W.B. Neel re: status and scheduling of discovery and motions; read plaintiff's cross-motion seeking sanctions based on 50's declaration submitted on the motion and telephone conference with team re: opposition and reply papers to be prepared; review emails from New Jersey counsel re: motion requirements; emails with T. Sedlmayr and N. Martin re: status and need for 50's Declaration. | 2.20 | 1,650.00 |
| 09/15/10 | W. Neel | Correspondence with Amy McVeigh with respect to return date on motion; correspondence with Peter Raymond concerning same. | 0.30 | 168.00 |
| 09/15/10 | A. McVeigh | Contact Judge Coleman's chambers re: Motion to Strike return date and scheduling of same. | 0.20 | 20.00 |
| 09/16/10 | Peter Raymond | Review emails from N.J. counsel re: hearing date on sanctions motion; office conference with W. B. Neel re: same and next steps. | 0.20 | 150.00 |
| 09/17/10 | Peter | Review draft certification for client to sign | 2.30 | 1,725.00 |

CONFIDENTIAL

TKS 000537

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | Raymond | for our opposition to sanctions motion; revise certification and review file re: same; office conferences with W. B. Neel re: issues raised and status of hearing date on the motion; review email from N. J. counsel re: call with the Court confirming September 27 date; office conference with W. B. Neel re: status for getting all papers completed by Monday deadline. | | |
| 09/18/10 | A. McVeigh | Conduct legal research re: Plaintiff's Motion to Strike Pleadings and For Sanctions, including Frivolous Litigation Statute and Court Rules re: same. | 4.20 | 420.00 |
| 09/19/10 | A. McVeigh | Prepare first draft of brief in opposition to Plaintiff's Motion to Strike Pleadings and For Sanctions; send same to D. Mateo for review and comment. | 5.00 | 500.00 |
| 09/20/10 | D. Mateo | Review, revise and supplement opposition to Plaintiff's motion for sanctions based on fraud on the court; exchange emails with Peter Raymond re: same; email final filed documents to counsel. | 4.90 | 2,401.00 |
| 09/20/10 | Peter Raymond | Emails with team re: status of papers; emails with N. Martin re: additional New Jersey trips to add to 50's certification; telephone conference with W. B. Neel re: same and review and revise language for same; review and revise reply brief on sanctions motion and review sources re: same; emails with team re: revisions and logistics of 50's certification. | 3.20 | 2,400.00 |
| 09/20/10 | W. Neel | Receive comments from Nikki Martin and telephone conference with Peter Raymond concerning same; revise certification of Curtis Jackson and oversee the finalization of same. | 1.00 | 560.00 |
| 09/20/10 | A. McVeigh | Work with D. Mateo to revise and finalize | 5.40 | 540.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | brief in opposition to Plaintiff's motion to strike; prepare ancillary documents needed for filing of same; coordinate filing of same. | | |
| 09/21/10 | A. McVeigh | Participate in teleconference with filing clerk re: status of Motion hearings; confer with D. Mateo re: strategy for addressing same with Plaintiff's counsel; participate in teleconference with P. Raymond and W. Neel re: same; follow up with D. Mateo re: same. | 0.70 | 70.00 |
| 09/22/10 | D. Mateo | Telephone calls from Essex County clerk's office and Mr. Gelber re: scheduling of the sanctions motion; telephone call with Mr. Gelber and Amy Mcveigh re: same; review email to Peter Raymond re: status of motion hearing. | 0.80 | 392.00 |
| 09/22/10 | Peter Raymond | Various emails with New Jersey team re: status of sanctions motion and preparation for hearing on Monday on our motion to discuss; review papers re: same; emails re: Gelber's letter to Judge requesting putting motion on calendar. | 1.80 | 1,350.00 |
| 09/22/10 | A. McVeigh | Participate in telephone calls from Essex County clerk's office and Plaintiff's counsel re: scheduling of the sanctions motion; prepare and send email to P. Raymond and W. Neel summarizing same. | 0.90 | 90.00 |
| 09/23/10 | D. Mateo | Confer with Amy McVeigh and review emails re: court hearing of motion to strike; review Mr. Gelber's letter to the court re: same; review oral argument binder on motion to dismiss and motion for sanctions. | 0.80 | 392.00 |
| 09/23/10 | Peter Raymond | Review d. Gelber's letter to the Judge re: hearing on sanctions motion; emails with New Jersey lawyers re: same and strategy and re: call to Judge's clerk; | 2.00 | 1,500.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | logistics for attending hearing on Monday on motions; prepare for same; office conference with W. B. Neel re: amended complaint response and strategy. | | |
| 09/23/10 | A. McVeigh | Call Judge Coleman's chambers to inform clerk that Defendant does not consent to calendaring Motion to Strike argument with Motion to Dismiss argument; review letter from Plaintiff's counsel to court re: same; prepare email summarizing same and send to D. Mateo, P. Raymond, and W. Neel. | 0.40 | 40.00 |
| 09/24/10 | D. Mateo | Exchange emails with Amy McVeigh re: oral argument outline and preparations; review email re: status of the pending motion to strike. | 0.40 | 196.00 |
| 09/24/10 | Peter Raymond | Prepare for hearing on Monday in Newark; emails with D. Mateo and A. McVeigh re: same and points for argument; review the motion papers; office conference with W. B. Neel re: Leviston deposition and scheduling issue. | 1.80 | 1,350.00 |
| 09/24/10 | A. McVeigh | Prepare oral argument outline for D. Mateo for Defendant's Motion to Dismiss and Plaintiff's Motion to Amend and Motion to Strike. | 3.30 | 330.00 |
| 09/26/10 | D. Mateo | Prepare for oral argument on motion to dismiss and plaintiff's motion to amend the complaint and for sanctions. | 3.70 | 1,813.00 |
| 09/27/10 | D. Mateo | Travel to Newark and argue motion to dismiss and related motions filed by Plaintiff; confer with Peter Raymond re: same and review email to client reporting on results of the oral argument. | 4.80 | 2,352.00 |
| 09/27/10 | Peter Raymond | Travel to and attend hearing in Newark on our motion to dismiss the New Jersey action; office conference with D. Mateo re: argument and next steps; office conference with adversaries in court to | 4.20 | 3,150.00 |

CONFIDENTIAL

TKS 000540

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | negotiate deposition dates and their motion for a protective order and a stay; email to Theo Sedlmayr and Nikki Martin re: argument; office conference with W. B. Neel re: same and response to possible motion for a protective order. | | |
| 09/27/10 | W. Neel | Finalize and ECF memorandum of law. | 5.50 | 3,080.00 |
| 09/28/10 | Peter Raymond | Emails with adversaries re: setting deposition dates in New York action and avoiding protective order motion; office conference with W. B. Neel re: motion argument and next steps in discovery for the case; review document demands and procedure for subpoena on Murray if necessary. | 0.80 | 600.00 |
| 09/29/10 | Peter Raymond | Emails with Gelber and Freidin re: adjourning dates for plaintiff's deposition and their written discovery responses until dates after issuance of a decision on our motion to dismiss the New Jersey action; office conference with W. B. Neel re: same and scheduling adjourned dates; review discovery requests to prepare deposition outline. | 1.00 | 750.00 |
| 09/30/10 | Peter Raymond | Emails with adversary re: deposition dates and dispute over same; telephone conference with D. Mateo re: obtaining decision as soon as it issues. | 0.40 | 300.00 |
| Totals | | | 72.80 | 34,768.00 |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | | | | Total |
|------------|--|--|--|-------|
| A. McVeigh | 20.90 hrs @ $ | 100.00 | / hr | 2,090.00 |
| D. Mateo | 16.50 hrs @ $ | 490.00 | / hr | 8,085.00 |
| Peter Raymond | 25.10 hrs @ $ | 750.00 | / hr | 18,825.00 |

CONFIDENTIAL

TKS 000541

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| W. Neel | 10.30  hrs @ $  560.00  / hr | 5,768.00 |
|---|---|---|
| **Total Professional Services** | | **$34,768.00** |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
|---|---|---|---|
| 09/30/2010 | PACER | | 2.88 |
| 09/30/2010 | Duplicating/Printing/Scanning | 907  0.15 | 136.05 |
| 09/30/2010 | Westlaw | | 273.91 |
| 09/30/2010 | Express Mail Service | | 27.46 |
| 09/30/2010 | Courier Service | | 123.51 |
| 08/24/2010 | Courier Service - Outside 00843 UPS - Shipped from   to THE HONORABLE CLAUDE SUPERIOR COURT OF NJ - ESSE (NEWARK NJ 07102) 1Z7332X60161569383 | | 5.95 |
| 09/09/2010 | Filing Fees ADMINISTRATIVE OFFICE OF THE COURTS: Motion to dismiss complaint | | 135.00 |
| 09/10/2010 | Courier Service - Outside NASSAU TRANSPORTATION: Courier Services | | 123.51 |
| 09/15/2010 | General Expense COURTALERT.COM, INC.: Court Watch | | 14.86 |
| 09/27/2010 | Parking/Tolls/Other Transportation Daniel Mateo, Sep 27, 2010 Travel to Newark for oral argument Exit 13A to Exit 9-EZ Pass. Travel from New | | 1.90 |
| 09/27/2010 | Parking/Tolls/Other Transportation Daniel Mateo, Sep 27, 2010 Travel to Newark for oral argument | | 8.00 |
| 09/27/2010 | Parking/Tolls/Other Transportation Daniel Mateo, Sep 27, 2010 Travel to Newark for oral argument Exit 5 to Exit 13A - EZ Pass. Philadelphia to | | 3.55 |

CONFIDENTIAL

TKS 000542

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Description | Amount |
|---|---|---|
| 09/27/2010 | Mileage Expense Daniel Mateo, Sep 27, 2010 Travel to Newark for oral argument Travel from Burlington, NJ to Newark, NJ return | 45.00 |
| | **Current Costs and Expenses** | **$901.58** |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 34,768.00 |
| Disbursements | $ | 901.58 |
| TOTAL CURRENT INVOICE DUE | $ | 35,669.58 |

jaspiech

# ReedSmith LLP

*Payment Address*

Department 33489
PO Box 39000
San Francisco, CA 94139

*Wire Address*

Wells Fargo Bank, NA
One Kaiser Plaza, Suite 850
Oakland, CA 94612
ABA Number: 121-000-248

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

Client No.:358762   CURTIS JAMES JACKSON III
Matter ID: 358762.60019  Leviston Litigation

## Statement of Account as of 02 November, 2010

We attach a statement of your account with our firm. When making your remittance, it would assist us greatly if you would please quote our invoice numbers.

If you have any questions in relation to this statement, please contact Bee McNemry directly at 412-288-5431 or by Fax: 412-288-3063 or by E-mail: BMcNemry@ReedSmith.com

| Document No. | Date | Original Amount | Date of Last Payment | Open Amount |
|---|---|---|---|---|
| 1988018 | 04/26/2010 | 1,738.00 | | 1,738.00 |
| 2020001 | 07/16/2010 | 7,765.96 | | 7,765.96 |
| 2032006 | 08/17/2010 | 29,585.22 | | 29,585.22 |
| 2041121 | 09/17/2010 | 34,576.59 | | 34,576.59 |
| 2050774 | 10/12/2010 | 35,669.58 | | 35,669.58 |
| | | | Total Amount Outstanding | $109,335.35 |

MRA:Raymond, Peter

CRA:Ansis, Fredric W.

CONFIDENTIAL

TKS 000544

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2065388** |
| Invoice Date: | **11/16/2010** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

RE: Leviston Litigation

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Current Fees ............................................................................. | $ | 14,739.00 |
| Total Current Disbursements ............................................................ | | 363.41 |
| **Total Due This Invoice:** | $ | **$15,102.41** |

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

**Wire Instructions:**
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000545

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | |
|---|---|
| G-Unit Records | Invoice Number:    **2065388** |
| c/o Curtis James Jackson III | Invoice Date:    **11/16/2010** |
| c/o Theodor K. Sedlmayr, Esq. | Client Number:    **358762** |
| Sedlmayr & Associates, P.C. | Matter Number:    **60019** |
| 200 Park Avenue South - Suite 1408 | |
| New York, NY 10003 | |

RE: Leviston Litigation

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH October 31, 2010**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/01/10 | Peter Raymond | Emails with N.J. counsel re: status and decision from Court. | 0.20 | 150.00 |
| 10/05/10 | D. Mateo | Telephone call from court reporter re: hearing transcript; email Peter Raymond re: status of decision from the court. | 0.40 | 196.00 |
| 10/05/10 | Peter Raymond | Emails with Mateo re: decision; telephone conference with F. Ansis re: status; review New Jersey cases on disclosure of private facts. | 0.50 | 375.00 |
| 10/11/10 | Peter Raymond | Emails with N. J. lawyers re: status of Judge's decision and procedure following same. | 0.30 | 225.00 |
| 10/13/10 | D. Mateo | Review orders and decision dismissing the NJ action in favor of the NY action; exchange emails with Peter Raymond re: same; confer with Amy McVeigh re: service of order on opposing counsel. | 0.90 | 441.00 |
| 10/13/10 | Peter Raymond | Receipt and review of New Jersey decision granting our motion to dismiss; office conference with W. B. Neel re: same and strategy going forward; emails with New Jersey team re: possible appeal and deadlines re: same; email decision to Theo Sedlmayr and Nikki Martin re: decision and next steps in the case. | 1.20 | 900.00 |
| 10/13/10 | W. Neel | Receive and review draft of New Jersey | 0.40 | 224.00 |

CONFIDENTIAL

TKS 000546

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ◆ LONDON ◆ HONG KONG ◆ CHICAGO ◆ WASHINGTON, D.C ◆ BEIJING ◆ PARIS ◆ LOS ANGELES ◆ SAN FRANCISCO ◆ PHILADELPHIA ◆ PITTSBURGH ◆ OAKLAND ◆ MUNICH ◆ ABU DHABI ◆ PRINCETON ◆ NORTHERN VIRGINIA ◆ WILMINGTON ◆ SILICON VALLEY ◆ DUBAI ◆ CENTURY CITY ◆ RICHMOND ◆ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | opinion dismissing the case; conference in office with Peter Raymond concerning same. | | |
| 10/14/10 | D. Mateo | Review email from Plaintiff' counsel re: intent to appeal Judge Coleman's ruling; exchange emails with Peter Raymond re: same; confer with Amy McVeigh re: status. | 0.50 | 245.00 |
| 10/14/10 | Peter Raymond | Review client emails re: court decision and settlement possibilities; review request from plaintiff's lawyer for agreement on discovery in N.Y. case while N.J; appeal is pending; office conference with team re: strategy re: same; email plaintiff's counsel declining proposal and demanding notice of any motion to stay the N.J. action. | 1.00 | 750.00 |
| 10/14/10 | W. Neel | Received correspondence from opposing counsel concerning their intent to appeal the New Jersey decision; conference in office with Peter Raymond concerning same. | 0.20 | 112.00 |
| 10/15/10 | Peter Raymond | Review court notices re: Leviston's motion to admit Florida lawyers and appointment of Judge Wooten; review motion papers and office conference with W. B. Neel re: strategy re: same; research Judge Wooten and review rulings on stay applications; email T. Sedlymayr re: status and settlement strategy. | 1.50 | 1,125.00 |
| 10/15/10 | Peter Raymond | Review court notices received and motion papers filed; check on schedule for discovery and office conference with W. B. Neel re: same. | 0.40 | 300.00 |
| 10/18/10 | Peter Raymond | Office conference with W. B. Neel re: research on Judge Wooten and his published decisions; review motion papers received from plaintiff; research Judge and office conference with W. B. | 1.20 | 900.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Neel re: information found; review discovery requests and deadlines; check docket re: stay motion; draft response to pro hac vice motion. | | |
| 10/19/10 | D. Mateo | Review notice of appeal issued by Wilentz; analyze propriety of notice of appeal in light of Mr. Murray's continued presence as a co-defendant in the case; confer with Peter Raymond and Wallace Neel re: strategy for responding to the notice of appeal; prepare letter to Mr. Gelber requesting that he withdraw his notice of appeal as defective; review and incorporate comments from Wallace Neel. | 2.30 | 1,127.00 |
| 10/19/10 | Peter Raymond | Review Leviston's notice of appeal of dismissal decision in New Jersey; office conference with D. Mateo re: same and strategy for dismissal of the appeal because of no final judgment entered; review points for demand letter to counsel; review and revise draft letter to counsel from D. Mateo. | 1.00 | 750.00 |
| 10/19/10 | W. Neel | Received notice of appeal and conference in office with Peter Raymond and Dan Mateo concerning strategy; review Mateo's letter to opposing counsel demanding that they withdraw the appeal. | 0.30 | 168.00 |
| 10/20/10 | Peter Raymond | Review final letter sent to D. Goldberg re: appeal; review and revise internet report on the dismissal; office conference with W. B. Neel re: same; office conference with R. Thomas re: drafting discovery; review pleadings re: same; review public statements by 50 re: circumstances of attorney the video tape; office conference with W. B. Neel re: same. | 1.20 | 900.00 |
| 10/21/10 | O. Lovelace | Reviewing New Jersey court order dismissing the New Jersey action. | 0.40 | 96.00 |
| 10/22/10 | D. Mateo | Review letter from Mr. Gelber agreeing to | 0.40 | 196.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | withdraw his notice of appeal; exchange emails with Peter Raymond re: same. | | |
| 10/22/10 | Peter Raymond | Review Leviston counsel's letter re: withdrawal of Notices of Appeal; office conference with W. B. Neel re: same and strategy; review and revise draft email to em re: discovery deadlines. | 0.50 | 375.00 |
| 10/22/10 | W. Neel | Conference in office with Peter Raymond concerning strategy in the New York action with respect to discovery and a potential motion for a stay; draft e-mail to opposing counsel demanding their discovery answers. | 0.40 | 224.00 |
| 10/26/10 | Peter Raymond | Office conference with W. B. Neel re: status of discovery demands and possible request for a scheduling conference with the Court; review docket re; same. | 0.30 | 225.00 |
| 10/27/10 | Peter Raymond | Review MA3000 court notice re: status of motion; telephone conference with W. B. Neel re: response to our discovery demand and filing motion to compel. | 0.30 | 225.00 |
| 10/28/10 | D. Mateo | Review email from Wallace Neel to Plaintiff re: discovery issues; review Plaintiff's response to Mr. Neel's email; confer with my assistant re: Plaintiff's filing of their motion for leave to file an interlocutory appeal; confer with Amy McVeigh re: determining response time and other procedural issues. | 0.80 | 392.00 |
| 10/28/10 | Peter Raymond | Review and revise discovery reminder and demand to plaintiff's counsel; review their response re: motion to stay discovery; office conference with W. B. Neel re: strategy in light of the motion and possible cross-motion to compel discovery. | 0.60 | 450.00 |
| 10/29/10 | D. Mateo | Review and analyze Plaintiff's motion for leave to file an interlocutory appeal; exchange emails with Peter Raymond re: | 1.70 | 833.00 |

CONFIDENTIAL

TKS 000549

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | same; review email from Amy McVeigh with time lines and procedures for appeal; confer with Ms. McVeigh. | | |
| 10/29/10 | Peter Raymond | Review brief and Record in support of motion for permission to file interlocutory appeal of the N.J. state court order dismissing the case; office conference with W. B. Neel and telephone conference with D. Mateo re: same and strategy and deadline for our response. | 2.50 | 1,875.00 |
| 10/29/10 | W. Neel | Receive and review interlocutory appeal papers in the New Jersey action, and conference in office with Peter Raymond concerning same; conference in office with O. Lovelace with respect to our motion to compel responses to discovery in the New York action, and assign him the drafting duty. | 1.50 | 840.00 |
| 10/29/10 | O. Lovelace | Conference with W. Neel regarding new assignment to draft Motion to Compel. | 0.50 | 120.00 |
| Totals | | | 23.40 | 14,739.00 |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | | | | | Total |
|---|---|---|---|---|---|
| D. Mateo | 7.00 | hrs @ $ | 490.00 | / hr | 3,430.00 |
| O. Lovelace | 0.90 | hrs @ $ | 240.00 | / hr | 216.00 |
| Peter Raymond | 12.70 | hrs @ $ | 750.00 | / hr | 9,525.00 |
| W. Neel | 2.80 | hrs @ $ | 560.00 | / hr | 1,568.00 |

CONFIDENTIAL

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Total Professional Services | | $14,739.00 |
| --- | --- | --- |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
| --- | --- | --- | --- |
| 10/31/2010 | Duplicating/Printing/Scanning | 926  0.15 | 138.90 |
| 10/31/2010 | Postage Expense | | 2.78 |
| 08/31/2010 | General Expense ALM-LASTONIA LEVISTON-CURT JAMES JACKSON | | 13.65 |
| 10/15/2010 | Courier Service - Outside NASSAU TRANSPORTATION: Courier services | | 187.12 |
| 10/15/2010 | Outside Duplicating VENDOR: Evelyn Green, Oct 15, 2010 | | 6.30 |
| 10/15/2010 | Taxi Expense Evelyn Green, Oct 15, 2010 Train fare to court. | | 2.25 |
| 10/29/2010 | General Expense ALM - LASTONIA LEVISTON  -  CURTIS JAMES JACKSON III | | 12.41 |
| | **Current Costs and Expenses** | | **$363.41** |

### INVOICE SUMMARY

| | | |
| --- | --- | --- |
| Total Fees | $ | 14,739.00 |
| Disbursements | $ | 363.41 |
| **TOTAL CURRENT INVOICE DUE** | $ | **15,102.41** |

jaspiech

CONFIDENTIAL

TKS 000551

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | 2077425 |
| Invoice Date: | 12/23/2010 |
| Client Number: | 358762 |
| Matter Number: | 60019 |

**REMITTANCE PAGE**
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

RE: Leviston Litigation

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Dec 23, 2010 | 2077425 | 38,858.07 | 0.00 | 38,858.07 |
| | | | | |
| | | | Total Fees and Expenses Due | 38,858.07 |

*Total Balance Due Upon Receipt*          $    38,858.07

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000552

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | 2077425 |
| Invoice Date: | 12/23/2010 |
| Client Number: | 358762 |
| Matter Number: | 60019 |

RE: Leviston Litigation

---

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Current Fees............................................................ | $ | 37,705.00 |
| Total Current Disbursements ........................................... | | 1,153.07 |
| **Total Due This Invoice:** | $ | **$38,858.07** |

Please Remit to:

Mail To:
Reed Smith LLP
P.O. Box 10096
Uniondale, NY 11555-10096

Wire Instructions:
Mellon Bank N.A.
Philadelphia, PA
ABA Number: 031000037
Swift Code: MELNUS3P (International)
Account #2-022-986
(Please Reference Invoice Number)

CONFIDENTIAL

TKS 000553

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

|  |  |
|---|---|
| G-Unit Records | Invoice Number: **2077425** |
| c/o Curtis James Jackson III | Invoice Date: 12/23/2010 |
| c/o Theodor K. Sedlmayr, Esq. | Client Number: 358762 |
| Sedlmayr & Associates, P.C. | Matter Number: 60019 |
| 200 Park Avenue South - Suite 1408 | |
| New York, NY 10003 | |

RE: Leviston Litigation

DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH November 30, 2010

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 10/22/10 | A. McVeigh | Review letter from Plaintiff's counsel withdrawing Notice of Appeal and confer with D. Mateo re: same. | 0.20 | 20.00 |
| 10/28/10 | A. McVeigh | Review notice of motion to appeal interlocutory order filed by Plaintiff; conduct preliminary research into same. | 0.60 | 60.00 |
| 10/29/10 | A. McVeigh | Review and analyze Plaintiff's Brief and Appendix in support of motion for leave to appeal; conduct legal research re: rules governing interlocutory appeals in New Jersey; send email to D. Mateo summarizing same. | 1.90 | 190.00 |
| 11/01/10 | Peter Raymond | Review appeal brief and record in support of motion to permit interim appeal; draft email to New Jersey colleagues with thoughts on our opposition papers; office conference with W. B. Neel re: status of our motion to compel. | 2.00 | 1,500.00 |
| 11/02/10 | Peter Raymond | Office conference with W. B. Neel re: status of motion to compel and motion to be relieved by counsel filed by adversary. | 0.30 | 225.00 |
| 11/02/10 | O. Lovelace | Prepare and review case file for pending Motion to Compel; draft Motion to Compel, Memorandum of Law, and Affidavit of P. Raymond. | 1.20 | 288.00 |
| 11/03/10 | Peter | Review MA3000 notice on pro hac vice | 0.40 | 300.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | Raymond | motion; office conference with W. B. Neel re: motion to compel status. | | |
| 11/03/10 | O. Lovelace | Draft Motion to Compel, Memorandum of Law, and Affirmation of P. Raymond. | 4.00 | 960.00 |
| 11/04/10 | Peter Raymond | Office conference with W. B. Neel re: status of N.J. appeal; telephone conference with D. Mateo re: same and issues being worked on. | 0.50 | 375.00 |
| 11/04/10 | A. McVeigh | Conduct legal research re: standards for opposition of Motion for leave to appeal; review, analyze, and synthesize case law re: same; begin to prepare legal argument section of brief in opposition to Plaintiff's Motion for leave to appeal the dismissal of the NJ Action. | 4.50 | 450.00 |
| 11/05/10 | D. Mateo | Work on appellate brief in opposition to motion for leave to amend; review relevant case law; confer with Amy McVeigh and Peter Raymond re: same. | 5.30 | 2,597.00 |
| 11/05/10 | Peter Raymond | Review and revise our motion to compel Leviston to reply on our discovery demands; office conferences with W. B. Neel re: revisions, legal research needed and strategy; telephone conference with D. Mateo re: status of N.J. appellate brief; review, revise and sign Notice of Motion and P.D. Raymond affirmation; office conference with W. B. Neel re: service and timing of motion. | 2.50 | 1,875.00 |
| 11/05/10 | W. Neel | Review and finalize draft affirmation and MOL in support of Motion to Compel; conference in office with OT Lovelace re same. | 3.00 | 1,680.00 |
| 11/05/10 | A. McVeigh | Continue to prepare legal argument re: opposition to motion for leave to amend; confer with D. Mateo re: same and revise same; conduct in-depth analysis of transcript of oral argument and record on appeal to identify facts and legal | 7.50 | 750.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | arguments at issue re: merits of Plaintiff's appeal; conduct additional legal research re: merits of Plaintiff's appeal; analyze and synthesize same. | | |
| 11/05/10 | O. Lovelace | Revise Motion to Compel, Memorandum of Law, and Affidavit of P. Raymond; conference with W. Neel regarding same; prepare documents for production to opposing counsel. | 2.00 | 480.00 |
| 11/06/10 | A. McVeigh | Continue to review and analyze case law re: merits of Plaintiff's appeal; prepare legal argument sections of brief re: propriety of trial court's dismissal of Plaintiff's Complaint and order denying leave to amend as moot and denying discovery; prepare counterstatement of procedural history and facts; prepare preliminary statement. | 9.00 | 900.00 |
| 11/07/10 | D. Mateo | Additional revisions and work on brief in opposition to plaintiff's motion for leave to appeal; confer with Amy McVeigh re: same. | 5.50 | 2,695.00 |
| 11/07/10 | A. McVeigh | Review NJ Appellate rules re: appendices in support of opposition to motion for leave to appeal; identify areas of record for possible inclusion in appendix; prepare same; prepare and include citations to the record in Brief in opposition to Plaintiff's Motion; confer with Dan Mateo re: comments to brief; send draft of same to Peter Raymond and Wallace Neel for review and comment. | 3.00 | 300.00 |
| 11/08/10 | D. Mateo | Supplement and finalize the brief and proof read same for filing; confer with Amy McVeigh. | 1.90 | 931.00 |
| 11/08/10 | Peter Raymond | Review and revise New Jersey appellate opposition brief on motion for interlocutory appeal; email team re: same; office conference with W. B. Neel re: brief. | 2.00 | 1,500.00 |

CONFIDENTIAL

TKS 000556

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/08/10 | W. Neel | Review brief re Motion for leave to file interlocutory appeal in NJ. | 0.70 | 392.00 |
| 11/08/10 | A. McVeigh | Prepare revisions to brief as requested b D. Mateo; assemble appendix and ensure format of brief and appendix conforms with appellate rules; proofread and prepare brief for filing; finalize brief and ancillary documents to be filed with same; coordinate filing of brief with court and service of brief on opposing counsel. | 6.00 | 600.00 |
| 11/08/10 | S. West | Drafted Certificate of Service necessary for opposition for Motion for leave to appeal; reviewed with A. McVeigh; made necessary edits to same; Drafted filing letter to court necesary for opposition to Motion for Leave to Appeal; reviewed with A. McVeigh; made necessary edits to same; arranged for two separate couriers; one to the court and one to serve copy to opposing counsel; proofread table of contents; table of authorities and appendix for opposition to Motion for Leave to Appeal | 6.00 | 600.00 |
| 11/09/10 | Peter Raymond | Review court notices re: filing of our motion to compel discovery; office conference with W. B. Neel re: timing of same. | 0.20 | 150.00 |
| 11/10/10 | D. Mateo | Review emails from counsel for Plaintiff re: filing of motion to stay the New York Action and addressing scheduling of our motion to compel. | 0.20 | 98.00 |
| 11/10/10 | Peter Raymond | Emails and call with adversary re: appearance date on our motion to compel discovery and their intention to file motion for a stay; office conference with W. B. Neel r e: same and strategy; review court docket re: motion to stay; review CPLR and Judge's rules re: grounds for stay. | 0.80 | 600.00 |
| 11/11/10 | Peter | Read Leviston's cross motion seeking to | 1.30 | 975.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | Raymond | stay discovery or condition plaintiff's appearance at her deposition in the NY case pending the outcome of her appeal of the dismissal in New Jersey; review cases cited and office conference with W. B. Neel re: procedural and substantive arguments and defenses. | | |
| 11/11/10 | W. Neel | Review Motion for Stay and strategize opp brief; conference in office with P Raymond re same; legal research stay under CPLR; conference in office with OT Lovelace re draft opp to Motion for Stay | 3.30 | 1,848.00 |
| 11/12/10 | Peter Raymond | Office conference with W. B. Neel re: plaintiff's motion to stay case and discovery pending outcome of New Jersey appeal and arguments in opposition to same. | 0.40 | 300.00 |
| 11/15/10 | O. Lovelace | Reviewing Plaintiffs' request for a protective order and stay. | 0.30 | 72.00 |
| 11/16/10 | O. Lovelace | Conference with W. Neel regarding Plaintiff's Motion to Compel. | 0.50 | 120.00 |
| 11/17/10 | Peter Raymond | Review court notice re: submission of our motion to compel discovery; office conference with W. B. Neel re: opposition to plaintiff's motion to stay N.Y. action pending N.J. appeal and strategy to keep motions separate on submission. | 0.50 | 375.00 |
| 11/17/10 | W. Neel | Legal research re adjourning return date on Motion to Compel; telephone conference with E Green re same; corr w PDR re same. | 0.40 | 224.00 |
| 11/18/10 | Peter Raymond | Telephone conference with E. Green re: conference with the court clerk re: return date of motion; review Leviston's opposition papers received; office conference with W. B. Neel re: same and strategy. | 0.80 | 600.00 |
| 11/18/10 | O. Lovelace | Draft reply Plaintiffs' request for a | 4.00 | 960.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | protective order and stay. | | |
| 11/19/10 | O. Lovelace | Revise reply to Plaintiffs' request for a protective order and stay. | 1.00 | 240.00 |
| 11/23/10 | D. Mateo | Prepare follow-up email re: motion to stay in New York; review Plaintiff' motion papers filed in NY; confer with Suzanne West re: need to ensure dismissal of Plaintiff's appeal of right and her conversation with the clerk's office re: same; prepare email to Peter Raymond re: information provided by the Appellate Division clerk. | 0.70 | 343.00 |
| 11/23/10 | O. Lovelace | Conference with W. Neel regarding Plaintiffs' request for a protective order and stay. | 0.30 | 72.00 |
| 11/24/10 | D. Mateo | Review order issued by the Appellate Division denying Plaintiff's motion for interlocutory relief; prepare email to Peter Raymond re: same; review email from Wallace Neel re: Defendant's pending motion to compel; review Mr. Raymond's email to Darren Gelber requesting the withdraw of Plaintiff's motion to stay the New York proceedings. | 0.80 | 392.00 |
| 11/24/10 | Peter Raymond | Review D. Mateo email and enclosed decision of New Jersey appellate court denying motion for permission to appeal; emails with team re: same; email demand to Friedin and Gelber that they withdraw motion for a stay; email Nikki and Theo re: same; emails with W. B. Neel re: including in our responding papers. | 0.80 | 600.00 |
| 11/24/10 | W. Neel | Receive and review correspondence from opposing counsel re NJ judge denial of motion for leave to file interlocutory appeal; corr w PDR re same. | 0.60 | 336.00 |
| 11/26/10 | Peter Raymond | Emails with team re: opposition appear on motion to stay and strategy re: same. | 0.40 | 300.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/26/10 | W. Neel | Revise draft opposition to Stay motion; telephone conference w P Raymond. | 4.00 | 2,240.00 |
| 11/29/10 | D. Mateo | Review Peter Raymond's email to Darren Gelber re: Plaintiff' pending motion to dismiss; review Mr. Gelber's filed notice withdrawing Plaintiff's motion to stay. | 0.40 | 196.00 |
| 11/29/10 | Peter Raymond | Review and revise opposition papers to stay motion; office conferences with O. Lovelace re; same; telephone conference with W. B. Neel re: strategy; draft responding email to plaintiff's counsel; review response with his capitulation and stipulation of discontinuance; office conference with O. Lovelace re: strategy; telephone conference with Evelyn Green re: same and filing. | 1.50 | 1,125.00 |
| 11/29/10 | E. Green | Docket Motion adjourn date. | 0.10 | 13.00 |
| 11/29/10 | W. Neel | Revise and finalize opposition to Motion for Stay; corr w P Raymond re same. | 8.50 | 4,760.00 |
| 11/29/10 | O. Lovelace | Revise and file reply to Plaintiff's request for a protective order and a stay. | 2.00 | 480.00 |
| 11/30/10 | Peter Raymond | Emails with E. Green re: return date of Leviston's "cross-motion"; office conference with O. Lovelace re: same and clerk's advice on return date. | 0.20 | 150.00 |
| 11/30/10 | S. Tanenhaus | Submitted opposition papers to Judge Wooten's part. | 2.40 | 300.00 |
| 11/30/10 | O. Lovelace | Conferences with E. Green and P. Raymond regarding Plaintiff's withdrawal of her request for a protective order and stay. | 0.70 | 168.00 |
| Totals | | | 107.10 | 37,705.00 |

## SUMMARY OF PROFESSIONAL SERVICES:

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Timekeeper | | | | | Total |
|---|---|---|---|---|---|
| A. McVeigh | 32.70 | hrs @ $ | 100.00 | / hr | 3,270.00 |
| D. Mateo | 14.80 | hrs @ $ | 490.00 | / hr | 7,252.00 |
| E. Green | 0.10 | hrs @ $ | 130.00 | / hr | 13.00 |
| O. Lovelace | 16.00 | hrs @ $ | 240.00 | / hr | 3,840.00 |
| Peter Raymond | 14.60 | hrs @ $ | 750.00 | / hr | 10,950.00 |
| S. Tanenhaus | 2.40 | hrs @ $ | 125.00 | / hr | 300.00 |
| S. West | 6.00 | hrs @ $ | 100.00 | / hr | 600.00 |
| W. Neel | 20.50 | hrs @ $ | 560.00 | / hr | 11,480.00 |
| Total Professional Services | | | | | $37,705.00 |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
|---|---|---|---|
| 11/30/2010 | Duplicating/Printing/Scanning | 2062 0.15 | 309.30 |
| 11/30/2010 | Westlaw | | 471.23 |
| 08/10/2010 | General Expense ALM-LASTONIA LEVISTON  -  CURTIS JAMES JACKSON I II | | 13.03 |
| 10/07/2010 | Documentation Charge Transcript of Oral Argument | | 305.12 |
| 11/03/2010 | Filing Fees Motion being filed in the Supreme Court of New York | | 45.00 |
| 11/05/2010 | Courier Service - Outside 00843 UPS - Shipped from Sandra L. Noa Reed Smith LLP - New York to Darren M. Gelber, Es WILENTZ, GOLDMAN, & SPITZER (WOODBRIDGE NJ 07095) 1Z4082W20199302619 | | 7.14 |
| 11/08/2010 | Taxi Expense Evelyn Green, Nov 08, 2010 Train fare to court. | | 2.25 |
| | Current Costs and Expenses | | $1,153.07 |

CONFIDENTIAL

TKS 000561

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 37,705.00 |
| Disbursements | $ | 1,153.07 |
| **TOTAL CURRENT INVOICE DUE** | $ | 38,858.07 |

jaspiech

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

|  |  |
|---|---|
| G-Unit Records | Invoice Number: **2086662** |
| c/o Curtis James Jackson III | Invoice Date: **1/26/2011** |
| c/o Theodor K. Sedlmayr, Esq. | Client Number: **358762** |
| Sedlmayr & Associates, P.C. | Matter Number: **60019** |
| 200 Park Avenue South - Suite 1408 | |
| New York, NY 10003 | |

### *REMITTANCE PAGE*
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

RE: Leviston Litigation

---

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Dec  23, 2010 | 2077425 | 38,858.07 | 0.00 | 38,858.07 |
| Jan  26, 2011 | 2086662 | 5,588.91 | 0.00 | 5,588.91 |
| | | | Total Fees and Expenses Due | 44,446.98 |

*Total Balance Due Upon Receipt*          $     44,446.98

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000563

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | 2086662 |
| Invoice Date: | 1/26/2011 |
| Client Number: | 358762 |
| Matter Number: | 60019 |

RE: Leviston Litigation

---

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Current Fees............................................................................ | $ | 5,546.00 |
| Total Current Disbursements ............................................................. | | 42.91 |
| **Total Due This Invoice:** | $ | **$5,588.91** |

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000564

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | 2086662 |
| Invoice Date: | 1/26/2011 |
| Client Number: | 358762 |
| Matter Number: | 60019 |

RE: Leviston Litigation

DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH December 31, 2010

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/10 | Peter Raymond | Review court notices re: setting return dates for motions; office conference with W. B. Neel re: response to motion to stay case. | 0.30 | 225.00 |
| 12/02/10 | D. Mateo | Review Plaintiff's amended memorandum in opposition to the motion to compel. | 0.20 | 98.00 |
| 12/02/10 | Peter Raymond | Review revised brief on motion to compel; check CPLR re: court order on unopposed motion; review emails are: same; office conference with Trial Graphics re: possible mock jury or other process to gauge jury reaction to the case. | 0.80 | 600.00 |
| 12/03/10 | Peter Raymond | Review adversaries email re: plaintiff's deposition; review file re: response to same; review motion status. | 0.40 | 300.00 |
| 12/06/10 | Peter Raymond | Office conference with W. B. Neel re: plaintiff's proposed deposition dates and strategy re: same; check on return date of motion to compel. | 0.30 | 225.00 |
| 12/07/10 | Peter Raymond | Office conference with W. B. Neel and O. Lovelace re: strategy on motion to compel discovery returnable tomorrow; review settlement emails on the dispute. | 0.30 | 225.00 |
| 12/08/10 | Peter Raymond | Telephone conferences with D. Gelber and Judge Wooten's clerk re: motion to | 0.90 | 675.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | compel; office conference with W. B. Neel re: same; fax note to clerk; emails with adversaries re: scheduling discovery responses and depositions. | | |
| 12/09/10 | Peter Raymond | Office conference with W. B. Neel re: deposition scheduling and strategy going forward; review emails from adversary re: same; telephone conference with E. Green re: discovery conference before the Court. | 0.40 | 300.00 |
| 12/16/10 | E.K. Farber | Intro to matter from Peter Raymond. | 0.20 | 90.00 |
| 12/17/10 | W. Neel | Transition meeting with Evan Farber; conference in office with Peter Raymond concerning same. | 0.30 | 168.00 |
| 12/17/10 | E.K. Farber | Intro to matter from Wallace Neel. | 0.20 | 90.00 |
| 12/20/10 | Peter Raymond | Review the Request for Admissions, Interrogatories and Document Damages received from plaintiff's counsel; office conference with W. B. Neel re: same and to discuss responses and objections; details re: docket and diary. | 1.00 | 750.00 |
| 12/29/10 | E.K. Farber | Review file. | 0.50 | 225.00 |
| 12/30/10 | Peter Raymond | Emails with E. Farber re: interrogatories; emails with adversary re: depositions and other issues; review document production from Leviston. | 1.80 | 1,350.00 |
| 12/30/10 | E.K. Farber | Review file. | 0.50 | 225.00 |
| Totals | | | 8.10 | 5,546.00 |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | | | | Total |
|---|---|---|---|---|
| D. Mateo | 0.20 hrs @ $ | 490.00 / hr | | 98.00 |
| E.K. Farber | 1.40 hrs @ $ | 450.00 / hr | | 630.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | | |
|---|---|---|
| Peter Raymond | 6.20 hrs @ $ 750.00 / hr | 4,650.00 |
| W. Neel | 0.30 hrs @ $ 560.00 / hr | 168.00 |
| **Total Professional Services** | | **$5,546.00** |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
|---|---|---|---|
| 12/31/2010 | Duplicating/Printing/Scanning | 170  0.15 | 25.50 |
| 11/30/2010 | Taxi Expense Taxi Expense Bus/Shuttle - VENDOR: Evelyn Green, Nov 30, 2010 Train fare to court. | | 4.50 |
| 11/30/2010 | Telephone - Outside Telephone - Outside Cell Phone Calls - VENDOR: Evelyn Green, Nov 30, Call to office.(pay phone) | | 0.50 |
| 12/31/2010 | General Expense General Expense ALM - LASTONIA LEVISTON  -  CURTIS JAMES JACKSON III | | 12.41 |
| | **Current Costs and Expenses** | | **$42.91** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 5,546.00 |
| Disbursements | $ | 42.91 |
| **TOTAL CURRENT INVOICE DUE** | $ | 5,588.91 |

jaspiech

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| | |
|---|---|
| G-Unit Records | Invoice Number:    2090319 |
| c/o Curtis James Jackson III | Invoice Date:    2/11/2011 |
| c/o Theodor K. Sedlmayr, Esq. | Client Number:    358762 |
| Sedlmayr & Associates, P.C. | Matter Number:    60019 |
| 200 Park Avenue South - Suite 1408 | |
| New York, NY 10003 | |

## REMITTANCE PAGE
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

RE: Leviston Litigation

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Dec 23, 2010 | 2077425 | 38,858.07 | 0.00 | 38,858.07 |
| Jan 26, 2011 | 2086662 | 5,588.91 | 0.00 | 5,588.91 |
| Feb 11, 2011 | 2090319 | 34,231.85 | 0.00 | 34,231.85 |
| | | | **Total Fees and Expenses Due** | 78,678.83 |

*Total Balance Due Upon Receipt*                    $    78,678.83

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000568

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/11 | E.K. Farber | Calculate discovery response date; emails w/ plaintiff's counsel re: discovery extension. | 0.60 | 291.00 |
| 01/10/11 | Peter Raymond | Email Theo and Nikki re: status, documents produced and settlement talks; prepare for plaintiff's deposition; office conference with E. Farber re: drafting our discovery responses; emails with Rosenbaum re: several discovery issues and settlement; send him preliminary conference order and telephone conference re: agreement on dates; internet search for videos and related materials in preparation for the deposition. | 4.00 | 3,120.00 |
| 01/10/11 | E.K. Farber | Mtg w/ Raymond re: discovery & dep prep; prep & follow-up re: same. | 2.00 | 970.00 |
| 01/11/11 | Peter Raymond | Emails with Rosenbaum re: deposition scheduling and documents needed; review documents sent and emails re: issues raised; review letter and deposition notice received from Weller; office conference with E. Farber re: foregoing and meeting with clients to get facts for our discovery response; prepare for deposition this week; review notice from court adjourning preliminary conference tomorrow and communicate same to E. Farber and adversaries. | 1.80 | 1,404.00 |
| 01/11/11 | E. Green | Docket Conference date. | 0.10 | 14.00 |
| 01/11/11 | E.K. Farber | Prep for court conference; adjournment notice of court conference; discovery issues, incl. review deposition notice, & related conv w/ Raymond. | 0.80 | 388.00 |
| 01/14/11 | Peter Raymond | Emails with adversary re: plaintiff's deposition scheduling; telephone call with T. and N. Martin re: case and strategy; office conference with E. Farber re: hiring investigator and strategy to try to settle | 0.80 | 624.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | the case. | | |
| 01/14/11 | E.K. Farber | Mtg w/ Raymond re: client update, scheduling plaintiff's dep, & private investigator. | 0.20 | 97.00 |
| 01/18/11 | E.K. Farber | Recommendations on private investigator. | 0.30 | 145.50 |
| 01/19/11 | Peter Raymond | Review letter copies of document production received from plaintiff's counsel; review emails re: possible investigators; research re: same. | 0.70 | 546.00 |
| 01/19/11 | E.K. Farber | Emails re: private investigator. | 0.20 | 97.00 |
| 01/20/11 | Peter Raymond | Office conference with E. Farber re: investigator search and discovery deadlines and information needed and call candidates; email with T. Sedlmayr re: same and meeting to review discovery. | 0.60 | 468.00 |
| 01/20/11 | E.K. Farber | Convs w/ Peter; email w/ opposing counsel re: discovery scheduling; calls w/ potential private investigators. | 0.80 | 388.00 |
| 01/21/11 | Peter Raymond | Telephone conferences in Florida investigators with E. Farber; email with Theo and Nikki re: same; arrange call to review discovery answers; prepare for deposition and review new documents received. | 1.20 | 936.00 |
| 01/21/11 | E.K. Farber | Mtg w/ Peter; call w/ private investigator candidate. | 0.50 | 242.50 |
| 01/24/11 | Peter Raymond | Telephone conference with investigators re: retention; office conference with E. Farber re: same and strategy; telephone conference with Nikki and 50 Cent to review discovery responses; internet research on the tape on Rick Ross site; follow up with and hire investigator; office conference with E. Farber re: sending documents to him; emails re: foregoing. | 2.80 | 2,184.00 |

CONFIDENTIAL

TKS 000570

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | review investigators proposed and email T. Sedlmayr re: same and meeting. | | |
| 01/24/11 | E.K. Farber | Call w/ client re: discovery; call w/ DC Page re: private investigator work; related follow-up. | 3.00 | 1,455.00 |
| 01/25/11 | Peter Raymond | Telephone conference with investigator to retain him and review his assignments; office conference with E. Farber re: same; work on deposition outline; review emails on criminal proceedings and work into outline. | 1.50 | 1,170.00 |
| 01/25/11 | E.K. Farber | Call w/ DC Page, follow-up conv w/ Raymond, & follow-up email & FedEx to Page. | 1.50 | 727.50 |
| 01/26/11 | Peter Raymond | Preparation for Leviston deposition; office conference with G. Feder re: documents needed for same and preparations with the investigator. | 1.50 | 1,170.00 |
| 01/26/11 | E. Green | Docket Notice to Take Deposition of Defendant. | 0.10 | 14.00 |
| 01/26/11 | E.K. Farber | Prep docs for Peter & for Plaintiff's dep; conv w/ Peter re: dep. | 0.70 | 339.50 |
| 01/27/11 | Peter Raymond | Prepare script for plaintiff's deposition; emails with Andrews International re: results of their investigation; review report and follow up email re: criminal record and third-party contacts; emails with adversary re: cancellation of deposition due to flight cancellation; telephone conferences with reporter and investigator re: same. | 6.20 | 4,836.00 |
| 01/27/11 | E.K. Farber | Email w/ DC Page; Leviston dep prep, incl. call w/ Rosenblum. | 0.80 | 388.00 |
| 01/28/11 | Peter Raymond | Review investigators report on Leviston and prepare list of additional tasks for the investigator; emails with clients re: same and status; emails with adversary re: | 1.80 | 1,404.00 |

CONFIDENTIAL

TKS 000571

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
|  |  | rescheduling deposition; i corporate new matters into deposition script; office conference with O.T. Lovelace re: court status conference on February 8 and preparation for same. |  |  |
| 01/28/11 | E.K. Farber | Review DC Page report. | 0.20 | 97.00 |
| 01/30/11 | E.K. Farber | Draft discovery responses. | 2.50 | 1,212.50 |
| 01/31/11 | Peter Raymond | Review and revise responses to interrogatories and requests for admission; office conference with E. Farber re: same and review notes of meeting with clients; emails with adversaries re: re-scheduling Leviston's deposition; review revisions to responses with E. Farber. | 2.50 | 1,950.00 |
| 01/31/11 | Peter Raymond | Review email re: use of image for financial ad; review site and research contact information and sites showing the ad; draft take-down demand. | 0.50 | 390.00 |
| 01/31/11 | E.K. Farber | Revise & send discovery responses, related emails w/ Rosenblum & Nikki, & related convs w/ Peter. | 2.20 | 1,067.00 |
| **Totals** |  |  | **51.50** | **34,230.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | | | | Total |
|-----------|---|---|---|-------|
| E. Green | 0.20 hrs @ $ | 140.00 | / hr | 28.00 |
| E.K. Farber | 19.70 hrs @ $ | 485.00 | / hr | 9,554.50 |
| Peter Raymond | 31.60 hrs @ $ | 780.00 | / hr | 24,648.00 |

CONFIDENTIAL

TKS 000572

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Total Professional Services | | | $34,230.50 |

### DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | | Amount |
|------|-------------|---|---|--------|
| 01/31/2011 | Duplicating/Printing/Scanning | 9 | 0.15 | 1.35 |
| | Current Costs and Expenses | | | $1.35 |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 34,230.50 |
| Disbursements | $ | 1.35 |
| TOTAL CURRENT INVOICE DUE | $ | 34,231.85 |

jaspiech

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | 2098991 |
| Invoice Date: | 3/8/2011 |
| Client Number: | 358762 |
| Matter Number: | 60019 |

## REMITTANCE PAGE
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

RE: Leviston Litigation

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Dec 23, 2010 | 2077425 | 38,858.07 | 0.00 | 38,858.07 |
| Jan 26, 2011 | 2086662 | 5,588.91 | 0.00 | 5,588.91 |
| Feb 11, 2011 | 2090319 | 34,231.85 | 0.00 | 34,231.85 |
| Mar 08, 2011 | 2098991 | 38,016.12 | 0.00 | 38,016.12 |
| | | | | |
| | | | Total Fees and Expenses Due | 116,694.95 |

**Total Balance Due Upon Receipt**            $   116,694.95

Please Remit to:

Mail To:
Reed Smith LLP
P.O. Box 10096
Uniondale, NY 11555-10096

Wire Instructions:
Mellon Bank N.A.
Philadelphia, PA
ABA Number: 031000037
Swift Code: MELNUS3P (International)
Account #2-022-986
(Please Reference Invoice Number)

TKS 000574

CONFIDENTIAL

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | 2098991 |
| Invoice Date: | 3/8/2011 |
| Client Number: | 358762 |
| Matter Number: | 60019 |

RE: Leviston Litigation

## INVOICE SUMMARY

Total Current Fees .......................................................................... $    37,976.00

Total Current Disbursements ...........................................................    40.12

**Total Due This Invoice:**    $    $38,016.12

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000575

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749030

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | 2098991 |
| Invoice Date: | 3/8/2011 |
| Client Number: | 358762 |
| Matter Number: | 60019 |

RE: Leviston Litigation

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH February 28, 2011

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/11 | Peter Raymond | Emails with adversary re: rescheduling Leviston's deposition; review emails between N. Martin and E. Farber re: verifications and facts; telephone conference with E. Farber re: same and getting dates for 50's deposition and document production. | 0.70 | 546.00 |
| 02/01/11 | A.A. Patel | Retrieve and convert videos from YouTube.com per attorney request | 1.70 | 442.00 |
| 02/01/11 | E.K. Farber | Email w/ Nikki re: discovery. | 0.30 | 145.50 |
| 02/02/11 | Peter Raymond | Emails with Rosenbaum re: deposition dates and call to agree on dates for scheduling order before next week's conference with the court; emails with E. Farber re: same; emails with P. Frieden re: deposition details; review N. martin's emails re: document production and deposition dates for 50. | 0.80 | 624.00 |
| 02/02/11 | E.K. Farber | Review Plaintiff's supplemental doc requests; email w/ Nikki & w/ Plaintiff's counsel. | 0.30 | 145.50 |
| 02/03/11 | Peter Raymond | Review second set of interrogatories and requests for admissions received from D. Gelber; office conference with E. Farber re: same, contacting Quarantine re: website, facts and history, contacting DC | 2.40 | 1,872.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | Page re: investigation and scheduling date for 50's deposition; email with Gelber re: same; prepare for conference with Court next week and various emails re: foregoing. | | |
| 02/03/11 | O. Lovelace | Locate documents for pending preliminary hearing; conference with E. Farber regarding same. | 0.40 | 136.00 |
| 02/03/11 | E.K. Farber | Email w/ Nikki re: discovery; convs w/ Peter & OT re: discovery & preliminary conference; email DC Page re: setting up call. | 0.50 | 242.50 |
| 02/04/11 | Peter Raymond | Emails with investigator and E. Farber re: forensic investigation on websites; review new report of findings; conference call with investigator team to review report and additional tasks for them to perform; email clients re: status, next steps and information from investigator. | 1.60 | 1,248.00 |
| 02/04/11 | E. Green | Docket Discovery documents. | 0.10 | 14.00 |
| 02/04/11 | E.K. Farber | Call w/ DC Page; scheduling call w/ Plaintiff's counsel; prep for doc production. | 1.20 | 582.00 |
| 02/06/11 | E.K. Farber | Prep for initial doc production, incl. draft cover letter. | 0.50 | 242.50 |
| 02/07/11 | Peter Raymond | Conference call with Corentin re: Internet issues and chronology re: emails with Rosenbaum re: agreed dates to submit to Court at conference tomorrow; review, revise and sign our discovery responses; cover letter re: same. | 1.20 | 936.00 |
| 02/07/11 | O. Lovelace | Prepare Defendant's First Document Production; serve production on Plaintiff's counsel. | 1.30 | 442.00 |
| 02/07/11 | A.A. Patel | Prepare electronic production per attorney request; prepare media containing same for distribution | 1.10 | 286.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/07/11 | E.K. Farber | Call w/ Rosenblum re: scheduling & preliminary conference; call w/ Corentin re: websites; initial document production; related emails w/ Peter & OT. | 1.50 | 727.50 |
| 02/08/11 | Peter Raymond | Attend preliminary conference in Judge Wooten's courtroom; revise and submit conference order and appear before the law clerk to discuss same and get it executed; emails with adversary, E. Farber and N. Martin re: deposition scheduling investigation progress and our call with Corentin on Internet issues. | 3.20 | 2,496.00 |
| 02/08/11 | O. Lovelace | Preparation for preliminary conference; attend preliminary conference. | 3.20 | 1,088.00 |
| 02/08/11 | E.K. Farber | Email w/ Nikki re: discovery & dep dates; email w/ Rosenblum re: dep dates; email w/ Peter re: prelim conf. | 0.30 | 145.50 |
| 02/09/11 | Peter Raymond | Review Rosenblum's letter re: document production and E. Farber draft response; details re: calendaring scheduling dates; review emails with N. Martin re: scheduling 50's deposition. | 0.60 | 468.00 |
| 02/09/11 | E.K. Farber | Draft response letter to Rosenblum. | 0.50 | 242.50 |
| 02/10/11 | Peter Raymond | Emails re: various pending matters including investigation status and responses to new discovery requests; email E. Farber re: our follow up discovery requests. | 0.50 | 390.00 |
| 02/14/11 | Peter Raymond | Office conference with E. Farber re: status and follow up with N. Martin on documents and information needed and with investigator; discuss Leviston deposition preparation and strategy re: preparing 50 Cent for his deposition. | 0.50 | 390.00 |
| 02/14/11 | E.K. Farber | Conv w/ Peter re: updates & tasks. | 0.20 | 97.00 |
| 02/15/11 | Peter Raymond | Office conference with E. Farber re: information obtained from client and | 0.40 | 312.00 |

CONFIDENTIAL

TKS 000578

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | deposition preparation. | | |
| 02/15/11 | E.K. Farber | Call w/ Nikki re: depositions, discovery requests, & documents; prep for same; review file & calendar dates in preliminary conference order. | 1.50 | 727.50 |
| 02/16/11 | Peter Raymond | Office conferences with E. Farber re: contacts with Corentin and Florida investigators re: finding needed facts and documentation; review Rosenblum's letter demanding additional documents and revise responding letter; office conference with E. Farber re: same and strategy for third party subpoenas and depositions; deposition preparation for Leviston. | 1.30 | 1,014.00 |
| 02/16/11 | E.K. Farber | Call w/ DC Page & team; call w/ Corentin; follow-up incl. conv w/ Peter. | 2.00 | 970.00 |
| 02/17/11 | Peter Raymond | Deposition preparation; office conference with E. Farber re: investigation on facts needed from client and investigator. | 1.20 | 936.00 |
| 02/18/11 | Peter Raymond | Deposition preparation; service outline and review document production; review E. Farber letter re: document production and review emails with N. Martin re: documents and information needed. | 1.70 | 1,326.00 |
| 02/18/11 | E.K. Farber | Letter to Rosenblum. | 0.70 | 339.50 |
| 02/21/11 | Peter Raymond | Prepare for Leviston deposition; complete outline and organize exhibits; telephone conference with P. Freidin re: schedule for him and plaintiff; office conferences and emails with E. Farber re: strategy for deposition and review of documents for use as exhibits. | 5.00 | 3,900.00 |
| 02/22/11 | Peter Raymond | Prepare for and take Leviston's deposition; telephone conference with N. Martin re: same and next steps; office conference with adversary re: confidentiality stipulation and discovery scheduling; emails and office conference | 8.00 | 6,240.00 |

CONFIDENTIAL

TKS 000579

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | with E. Farber re: discovery responses due tomorrow and facts needed. | | |
| 02/22/11 | E.K. Farber | Leviston dep, & prep & follow-up re: same; draft responses and objections to second set of discovery requests. | 9.30 | 4,510.50 |
| 02/23/11 | Peter Raymond | Office conference with E. Farber re: discovery responses due today; review and revise responses; telephone conference with N. Martin re: facts needed for same and deposition highlights; office conference with E. Farber re: information gathered and still needed and strategy re: same. | 1.80 | 1,404.00 |
| 02/23/11 | A.A. Patel | Capture screenshots from website per attorney request | 0.50 | 130.00 |
| 02/23/11 | E.K. Farber | Call w/ Nikki; related conv w/ Peter; responses & objections to second set of discovery request. | 2.00 | 970.00 |
| 02/24/11 | Peter Raymond | Review email to adversaries with our discovery responses and office conference with E. Farber re: same and remaining information needed. | 0.40 | 312.00 |
| 02/25/11 | Peter Raymond | Telephone conference with P. Frieden and partners re: their decision to not agree to a confidentiality stipulation and possible motion practice re: same; emails with E. Farber re: same; strategy and clients desire re: confidentiality. | 0.70 | 546.00 |
| 02/28/11 | Peter Raymond | Office conference with E. Farber re: motion for a protective order on confidentiality issue; review materials found including book y Tia with section on Leviston. | 0.50 | 390.00 |
| Totals | | | 61.60 | 37,976.00 |

SUMMARY OF PROFESSIONAL SERVICES:

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

| Timekeeper | | | | | Total |
|---|---|---|---|---|---|
| A.A. Patel | 3.30 | hrs @ $ | 260.00 | / hr | 858.00 |
| E. Green | 0.10 | hrs @ $ | 140.00 | / hr | 14.00 |
| E.K. Farber | 20.80 | hrs @ $ | 485.00 | / hr | 10,088.00 |
| O. Lovelace | 4.90 | hrs @ $ | 340.00 | / hr | 1,666.00 |
| Peter Raymond | 32.50 | hrs @ $ | 780.00 | / hr | 25,350.00 |
| **Total Professional Services** | | | | | **$37,976.00** |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
|---|---|---|---|
| 02/28/2011 | PACER | | 0.96 |
| 02/28/2011 | Duplicating/Printing/Scanning | 73  0.15 | 10.95 |
| 01/25/2011 | Courier Service - Outside 00843 UPS - Shipped from Teresa A. Gilliland Reed Smith LLP - New York to D.C. Page Andrews International (MIAMI FL 33130) Evan Farber 1Z4082W20199241257 | | 15.80 |
| 01/27/2011 | General Expense ALM - LASTONIA LEVISTON - CURTIS JAMES JACKSON III | | 12.41 |
| | **Current Costs and Expenses** | | **$40.12** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 37,976.00 |
| Disbursements | $ | 40.12 |
| **TOTAL CURRENT INVOICE DUE** | $ | 38,016.12 |

jaspiech

## Theo

**From:** Chipper
**Sent:** Monday, March 21, 2011 7:54 PM
**To:** Theodor Sedlmayr
**Subject:** ReedSmith bills

Got a stack for approval to send this week:

**Shoot the Rapper – total due $3,397.75**
Jan2010   $1,101.85
Feb 2010   $2,295.90

**Leviston Litigation – total due $116,694.95**
Dec2010      $38,858.07
Jan2011      $ 5,588.91
Feb2011      $34,231.85
March2011    $38,016.12

**Winstead Litigation  - total due $37,452.59**
Dec2010      $3,375.00
Jan2011      $ 975.00
Feb2011      $10,571.33
March2011    $22,531.26

**Simmons Litigation  - total due  $19,503.10**
Jan2011      $ 2,175.00
Feb2011      $ 4,651.00
March2011    $12,677.10

**Jimmy James Johnson/Mills Case – total due $2,418.00**
Feb2011      $156
March2011    $2,262.00

Please let me know if approved to send to Nikki or if you want to peruse.
Thanks!
~ Chipper

CONFIDENTIAL

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| | |
|---|---|
| G-Unit Records | Invoice Number:     **2240443** |
| c/o Curtis James Jackson III | Invoice Date:     **3/12/2012** |
| c/o Theodor K. Sedlmayr, Esq. | Client Number:     **358762** |
| Sedlmayr & Associates, P.C. | Matter Number:     **60019** |
| 200 Park Avenue South - Suite 1408 | |
| New York, NY 10003 | |

## REMITTANCE PAGE
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Leviston Litigation**

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Dec  05, 2011 | 2204201 | 9,392.56 | 0.00 | 9,392.56 |
| Jan  25, 2012 | 2223329 | 29,875.48 | 0.00 | 29,875.48 |
| Feb  14, 2012 | 2229979 | 25,510.76 | 0.00 | 25,510.76 |
| Mar  12, 2012 | 2240443 | 9,668.53 | 0.00 | 9,668.53 |
| | | | | |
| | | | **Total Fees and Expenses Due** | 74,447.33 |

*Total Balance Due Upon Receipt*                         $    74,447.33

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY  11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**

CONFIDENTIAL                                                                 TKS 000583

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2240443** |
| Invoice Date: | **3/12/2012** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

**RE: Leviston Litigation**

---

## INVOICE SUMMARY

Total Current Fees ................................................................. $     9,612.00

Total Current Disbursements ...........................................................     56.53

**Total Due This Invoice:**     $     **$9,668.53**

Please Remit to:

**Mail To:**
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

**Wire Instructions:**
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**

CONFIDENTIAL

TKS 000584

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2240443** |
| Invoice Date: | **3/12/2012** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

**RE: Leviston Litigation**

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH February 29, 2012**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/12 | E.K. Farber | Draft proposed discovery schedule & email to P. Raymond; related review of prior scheduling orders; emails w/ R. Rosenblum re: stipulation & scheduling. | 1.80 | 936.00 |
| 02/02/12 | E.K. Farber | A. Patel re: thumb drive & lit support for S. Burgess deposition; email w/ Dr. Zwirn re: deposition fee. | 0.30 | 156.00 |
| 02/03/12 | Peter Raymond | Office conference with E. Farber re: negotiations with adversary on stipulation; review emails exchanged re: same. | 0.50 | 397.50 |
| 02/03/12 | A.A. Patel | Conference with vendor regarding mixture of MAC and PC files on flash drive supplied by opposing counsel | 0.40 | 110.00 |
| 02/03/12 | E.K. Farber | P. Raymond & R. Rosenblum re: stip, dep scheduling, & expert witness fees; court reporter invoice to client. | 0.40 | 208.00 |
| 02/07/12 | A.A. Patel | Office conference with E. Farber regarding data on flash drive | 0.30 | 82.50 |
| 02/07/12 | E.K. Farber | A. Patel re: thumb drive, videographer invoice. | 0.30 | 156.00 |
| 02/08/12 | Peter Raymond | Review emails from E. Farber and adversary re: Stipulation, conference and expert depositions scheduling; office conference with E. Farber re: issues. | 0.30 | 238.50 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/08/12 | E.K. Farber | Call w/ opposing counsel re: stip & scheduling, & follow-up. | 0.60 | 312.00 |
| 02/09/12 | Peter Raymond | Office conference with E. Farber re: deposition dates for Drs. Zwirn and Fitzgerald; emails with team re: production of Fitzgerald's data and limits on use of same; review Rosenfeld's email re: issue; review Dr. Zwirn's memo. | 0.70 | 556.50 |
| 02/09/12 | E.K. Farber | R. Rosenblum, P. Raymond, OT Lovelace, I. Zwirn & B. Rosenfeld re: scheduling. | 0.60 | 312.00 |
| 02/10/12 | Peter Raymond | Office conference with E. Farber re: scheduling deposition of experts; review adversary's emails. | 0.20 | 159.00 |
| 02/13/12 | E.K. Farber | Left message for R. Rosenblum. | 0.10 | 52.00 |
| 02/14/12 | Peter Raymond | Office conference with E. Farber re: production of expert data and strategy for obtaining same. | 0.40 | 318.00 |
| 02/14/12 | E.K. Farber | Communications re: adjournment of court conference & re: transmittal of docs from Dr. Fitzgerald. | 1.00 | 520.00 |
| 02/15/12 | Peter Raymond | Office conference with E. Farber re: punitive damages discovery issue and negotiations and strategy re: same; review emails re; production of psychologist date and document. | 0.50 | 397.50 |
| 02/15/12 | E.K. Farber | Calls w/ R. Rosenblum re: outstanding discovery issues, & follow-up, incl. conv w/ P. Raymond & email w/ B. Rosenfeld. | 0.50 | 260.00 |
| 02/16/12 | E.K. Farber | Email w/ R. Rosenblum re: psychologists. | 0.10 | 52.00 |
| 02/20/12 | E.K. Farber | Call w/ R. Rosenblum re: stip; revise stip & circulate draft; related communications w/ P. Raymond & I. Zwirn. | 0.80 | 416.00 |
| 02/21/12 | Peter Raymond | Office conferences and telephone conferences and emails with E. Farber re: negotiating Stipulation; review adversary's | 0.80 | 636.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | responses on various points and email with E. Farber re: our position on same and need for experts as trial witnesses. | | |
| 02/21/12 | E.K. Farber | Communications w/ R. Rosenblum & P. Raymond re: stip; revise & finalize draft stip; mtg w/ OT Lovelace re: court conference. | 2.80 | 1,456.00 |
| 02/22/12 | Peter Raymond | Office conference with E. Farber re: agreement reached with plaintiff's counsel on the expert witness discovery and conclusion of fact discovery; emails with E. Farber re: changing dates for our expert's report. | 0.40 | 318.00 |
| 02/22/12 | E.K. Farber | OT Lovelace & P. Raymond re: court appearance & stip; call w/ I. Zwirn re: scheduling & follow-up email w/ P. Raymond. | 1.00 | 520.00 |
| 02/23/12 | E.K. Farber | Follow-up email to R. Rosenblum re: scheduling; calendar dates on stip. | 0.40 | 208.00 |
| 02/27/12 | Peter Raymond | Review emails and proposed Stipulation from Rosenblum; office conference with E. Farber re: same; respond with revisions to the Stipulation. | 0.30 | 238.50 |
| 02/27/12 | E.K. Farber | Mtg w/ P. Raymond & email w/ R. Rosenblum re: depositions. | 0.20 | 104.00 |
| 02/27/12 | S.J. Williams | Docket: Discovery dates provided by Evan K. Farber | 0.10 | 15.00 |
| 02/28/12 | Peter Raymond | Office conference with E. Farber re: status of deposition scheduling; review Stipulation re: same; review emails and research re: demand for punitive damages discovery. | 0.60 | 477.00 |
| Totals | | | 16.40 | 9,612.00 |

**SUMMARY OF PROFESSIONAL SERVICES:**

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Timekeeper | | | | Total |
|---|---|---|---|---|
| A.A. Patel | 0.70 hrs @ $ | 275.00 | / hr | 192.50 |
| E.K. Farber | 10.90 hrs @ $ | 520.00 | / hr | 5,668.00 |
| Peter Raymond | 4.70 hrs @ $ | 795.00 | / hr | 3,736.50 |
| S.J. Williams | 0.10 hrs @ $ | 150.00 | / hr | 15.00 |
| **Total Professional Services** | | | | **$9,612.00** |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
|---|---|---|---|
| 02/29/2012 | Duplicating/Printing/Scanning | 70 0.15 | 10.50 |
| 01/11/2012 | Meal Expense: Flik-Deposition Full Beverage 01/11/2012 | | 33.00 |
| 01/31/2012 | LASTONIA LEVISTON - CURTIS JAMES JACKSON III | | 13.03 |
| | **Current Costs and Expenses** | | **$56.53** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 9,612.00 |
| Disbursements | $ | 56.53 |
| **TOTAL CURRENT INVOICE DUE** | $ | **9,668.53** |

malagamb

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| | |
|---|---|
| G-Unit Records | Invoice Number: **2251269** |
| c/o Curtis James Jackson III | Invoice Date: **4/10/2012** |
| c/o Theodor K. Sedlmayr, Esq. | Client Number: **358762** |
| Sedlmayr & Associates, P.C. | Matter Number: **60019** |
| 200 Park Avenue South - Suite 1408 | |
| New York, NY 10003 | |

### REMITTANCE PAGE
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Leviston Litigation**

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Dec  05, 2011 | 2204201 | 9,392.56 | 0.00 | 9,392.56 |
| Jan  25, 2012 | 2223329 | 29,875.48 | 0.00 | 29,875.48 |
| Feb  14, 2012 | 2229979 | 25,510.76 | 0.00 | 25,510.76 |
| Mar  12, 2012 | 2240443 | 9,668.53 | 0.00 | 9,668.53 |
| Apr  10, 2012 | 2251269 | 31,298.02 | 0.00 | 31,298.02 |
| | | | **Total Fees and Expenses Due** | 105,745.35 |

**Total Balance Due Upon Receipt**          $   105,745.35

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY  11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
*(Please Reference Invoice Number)*

CONFIDENTIAL

TKS 000589

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| | |
|---|---|
| G-Unit Records | Invoice Number: **2251269** |
| c/o Curtis James Jackson III | Invoice Date: **4/10/2012** |
| c/o Theodor K. Sedlmayr, Esq. | Client Number: **358762** |
| Sedlmayr & Associates, P.C. | Matter Number: **60019** |
| 200 Park Avenue South - Suite 1408 | |
| New York, NY 10003 | |

### RE: Leviston Litigation

## INVOICE SUMMARY

Total Current Fees ............................................................................ $       30,373.50

Total Current Disbursements ...............................................................       924.52

**Total Due This Invoice:**       $       **$31,298.02**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY 11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**

CONFIDENTIAL

TKS 000590

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2251269** |
| Invoice Date: | **4/10/2012** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

RE: Leviston Litigation

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2012**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/12 | T. McBride | INQUIRED at Judge Wooten's Part at Supreme Court NY County re: Status of So Ordered Stipulation and Scheduling Order. | 1.50 | 195.00 |
| 03/07/12 | A.A. Patel | Review invoice for accuracy and provide to attorney for payment | 0.20 | 55.00 |
| 03/07/12 | E.K. Farber | Email w/ R. Rosenbaum re: dep scheduling & document production issues. | 0.20 | 104.00 |
| 03/08/12 | Peter Raymond | Review emails with adversary re: discovery issues and respond re: same. | 0.30 | 238.50 |
| 03/09/12 | Peter Raymond | Review Rosenblum's emails re: videotaping of computer expert deposition; office conference with E. Farber re: same and strategy. | 0.30 | 238.50 |
| 03/09/12 | E.K. Farber | Mtg w/ P. Raymond re: deposition scheduling & logistics, Zwirn report, & R. Rosenfeld emails; email w/ Dr. Zwirn re: L. Leviston timeline; G. Feder re: court reporter for depositions; email w/ R. Rosenblum re: payment issues. | 1.00 | 520.00 |
| 03/12/12 | E.K. Farber | Email w/ R. Rosenblum; call w/ I. Zwirn & follow-up email to P. Raymond. | 0.60 | 312.00 |
| 03/13/12 | Peter Raymond | Review emails re: our expert report and issues re: same; email Dr. Zwirn; review | 0.50 | 397.50 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ◆ LONDON ◆ HONG KONG ◆ CHICAGO ◆ WASHINGTON, D.C ◆ BEIJING ◆ PARIS ◆ LOS ANGELES ◆ SAN FRANCISCO ◆ PHILADELPHIA ◆ SHANGHAI ◆ PITTSBURGH ◆
MUNICH ◆ ABU DHABI ◆ PRINCETON ◆ NORTHERN VIRGINIA ◆ WILMINGTON ◆ SILICON VALLEY ◆ DUBAI ◆ CENTURY CITY ◆ RICHMOND ◆ GREECE ◆ OAKLAND

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | Barry Rosenfield's report on his psychological testing of plaintiff. | | |
| 03/13/12 | E.K. Farber | Emails w/ I. Zwirn, B. Rosenfeld, & P. Raymond re: raw data from L. Fitzgerald, & I. Zwirn report. | 0.30 | 156.00 |
| 03/14/12 | Peter Raymond | Emails with experts re: report drafts and status; review Rosenfeld preliminary report; email views on the report to E. Farber. | 0.70 | 556.50 |
| 03/15/12 | Peter Raymond | Emails with E. Farber and adversary re: discovery issues; initial review of first draft of Dr. Zwirn's report on Leviston; emails re: same. | 0.80 | 636.00 |
| 03/16/12 | Peter Raymond | Emails with opposing counsel and E. Farber re: Fitzgerald deposition; read Dr. Zwirn's report; office conference with E. Farber re: computer expert deposition and scheduling. | 0.40 | 318.00 |
| 03/16/12 | E.K. Farber | Review Zwirn & Rosenfeld draft reports; review emails from Rosenbaum; related mtg w/ P. Raymond. | 1.30 | 676.00 |
| 03/19/12 | Peter Raymond | Review emails re: data to be produced and rescheduling of expert depositions; review Dr. Zwirn's report. | 0.50 | 397.50 |
| 03/19/12 | E.K. Farber | Calls w/ R. Rosenblum re: deposition scheduling & logistics; review I. Zwirn draft report; call w/ I. Zwirn re: raw data, report & deposition; calls / emails w/ court reporting services, LA office, D. Lavine, etc. re: prep for S. Burgess videotaped deposition; prep for S. Burgess deposition. | 4.50 | 2,340.00 |
| 03/20/12 | Peter Raymond | Review emails with opposing counsel re: data delivery to our expert and deposition scheduling; office conference with E. Farber re: same and call with Dr. Zwirn. | 0.50 | 397.50 |
| 03/20/12 | E.K. Farber | Burgess dep prep; conv w/ P. Raymond | 0.70 | 364.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | re: Zwirn & Burgess; calls w/ C. Chadwick & court reporting agencies. | | |
| 03/21/12 | Peter Raymond | Office conference with E. Farber to prepare for deposition of computer expert tomorrow; review potential exhibits and issues to get information on. | 0.40 | 318.00 |
| 03/21/12 | E.K. Farber | Burgess dep prep; email from B. Rosenfeld re: materials received from L. Fitzgerald, & review same. | 2.70 | 1,404.00 |
| 03/22/12 | Peter Raymond | Office conference with E. Farber to review his outline for the deposition tomorrow and exhibits to be used; revise Order and substance of lines of inquiry. | 0.70 | 556.50 |
| 03/22/12 | A. Rochlin | Confer with E. Farber re deposition of Steve Burgess and printing of exhibits (.4); print and organize exhibits A-H and confer with duplication center re color duplication for exhibits F, I, K, and S (.7) | 1.10 | 346.50 |
| 03/22/12 | E.K. Farber | Burgess dep prep; email w/ I. Zwirn. | 7.50 | 3,900.00 |
| 03/23/12 | Peter Raymond | Review documents produced by computer forensic expert and emails with E. Farber re: same and ideas for questions; attend deposition by video conference of expert; office conferences with E. Farber re: same and key responses and testimony obtained. | 2.00 | 1,590.00 |
| 03/23/12 | A. Rochlin | Print and organize exhibits and scan and email documents produced by deponent this morning to E. Farber (1.2); facilitate distribution of exhibits at deposition (3.5) | 4.70 | 1,480.50 |
| 03/23/12 | E.K. Farber | Deposition of Steve Burgess, & prep & follow-up re: same. | 9.00 | 4,680.00 |
| 03/26/12 | E.K. Farber | Review I. Zwirn draft report. | 0.80 | 416.00 |
| 03/27/12 | Peter Raymond | Office conference with E. Farber re: expert depositions and meeting with Dr. Zwirn; prepare for same and review her report; review emails are: Fitzgerald | 1.20 | 954.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | deposition. | | |
| 03/27/12 | E.K. Farber | Mtg w/ P. Raymond & related emails w/ R. Rosenblum re: psych experts. | 0.40 | 208.00 |
| 03/28/12 | Peter Raymond | Read Dr. Zwirn's draft expert report; office conference with E. Farber to prepare for conference call with Dr. Zwirn; attend call with Dr. Zwirn to go over her draft expert report and discuss revisions re: same; office conference with E. Farber re: follow up email to Dr. Zwirn with additional revisions. | 3.50 | 2,782.50 |
| 03/28/12 | E.K. Farber | Follow-up from S. Burgess deposition (incl. call w/ A. Rochlin, file exhibits, etc.); call w/ I. Zwirn re: draft report, & prep & follow-up re: same; review L. Fitzgerald document production. | 3.00 | 1,560.00 |
| 03/29/12 | Peter Raymond | Office conference with E. Farber with revisions to Dr. Zwirn's report; review and revise same; notes to file re: revision. | 0.90 | 715.50 |
| 03/29/12 | E.K. Farber | Review S. Burgess production; P. Raymond re: I. Zwirn report & deposition; call w/ I. Zwirn re: report & deposition. | 2.00 | 1,040.00 |
| 03/30/12 | E.K. Farber | Messages for B. Rosenfeld; edit I. Zwirn report. | 1.00 | 520.00 |
| **Totals** | | | **55.20** | **30,373.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | | | | Total |
|------------|--|--|--|-------|
| A. Rochlin | 5.80 | hrs @ $ | 315.00 / hr | 1,827.00 |
| A.A. Patel | 0.20 | hrs @ $ | 275.00 / hr | 55.00 |
| E.K. Farber | 35.00 | hrs @ $ | 520.00 / hr | 18,200.00 |
| Peter Raymond | 12.70 | hrs @ $ | 795.00 / hr | 10,096.50 |
| T. McBride | 1.50 | hrs @ $ | 130.00 / hr | 195.00 |

TKS 000594

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Total Professional Services | | $30,373.50 |
|---|---|---|

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
|---|---|---|---|
| 03/31/2012 | Duplicating/Printing/Scanning | 17  0.15 | 2.55 |
| 08/02/2011 | Air Travel Expense Travel Agent Fee - VENDOR: Peter Raymond, Aug 02 Travel to Florida for depositions and back from Florida to New York AGNT FEE 89005487478084 | | 7.00 |
| 08/02/2011 | Air Travel Expense Airfare - VENDOR: Peter Raymond, Aug 02, 2011 Travel to Florida for depositions and back from Florida to New York AMERICAN 00186718412226 | | 397.00 |
| 08/10/2011 | Lodging Lodging - VENDOR: Peter Raymond, Aug 10, 2011 Travel to Florida for depositions and back from Florida to New York | | 242.06 |
| 08/10/2011 | Meal Expense Breakfast - VENDOR: Peter Raymond, Aug 10, 2011 Travel to Florida for depositions and back from Florida to New York | | 29.91 |
| 08/11/2011 | Meal Expense Breakfast - VENDOR: Peter Raymond, Aug 11, 2011 Travel to Florida for depositions and back from Florida to New York Peter Raymond, Evan K. Farber | | 46.24 |
| 02/21/2012 | Meal Expense Vendor: SeamlessWeb-Farber EvanGreat American He alth Bar 02/21/2012 | | 31.35 |
| 02/29/2012 | General Expense LASTONIA LEVISTON - CURTIS JAMES JACKSON III | | 12.41 |
| 03/01/2012 | Outside Duplicating Copies - VENDOR: Evelyn Green, Mar 01, 2012 | | 1.00 |
| 03/01/2012 | Taxi Expense Bus/Shuttle - VENDOR: Evelyn Green, Mar 01, 2012 Traveled to and from Supreme Court NY. | | 4.50 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/2012 | Telephone - Outside Cell Phone Calls - VENDOR: Evelyn Green, Mar 01, Call to the Office from Supreme Court NY. | 0.50 |
| 03/20/2012 | Documentation Charge -- VENDOR: DOCUMENT TECHNOLOGIES INC: comparing USB files | 150.00 |
| | Current Costs and Expenses | $924.52 |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 30,373.50 |
| Disbursements | $ | 924.52 |
| **TOTAL CURRENT INVOICE DUE** | $ | 31,298.02 |

jlweathe

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| | |
|---|---|
| G-Unit Records | Invoice Number:  **2269826** |
| c/o Curtis James Jackson III | Invoice Date:  **5/23/2012** |
| c/o Theodor K. Sedlmayr, Esq. | Client Number:  **358762** |
| Sedlmayr & Associates, P.C. | Matter Number:  **60019** |
| 200 Park Avenue South - Suite 1408 | |
| New York, NY 10003 | |

**REMITTANCE PAGE**
*PLEASE RETURN THIS COPY WITH YOUR PAYMENT*

**RE: Leviston Litigation**

---

## STATEMENT OF ACCOUNT

| Invoice Date | Invoice # | Amount | Payment/ Credits | Balance Due |
|---|---|---|---|---|
| Mar  12, 2012 | 2240443 | 9,668.53 | 0.00 | 9,668.53 |
| Apr  10, 2012 | 2251269 | 31,298.02 | 0.00 | 31,298.02 |
| May  23, 2012 | 2269826 | 44,478.51 | 0.00 | 44,478.51 |
| | | | **Total Fees and Expenses Due** | 85,445.06 |

***Total Balance Due Upon Receipt***            $     85,445.06

Please Remit to:

| Mail To: | Wire Instructions: |
|---|---|
| *Reed Smith LLP* | *Mellon Bank N.A.* |
| *P.O. Box 10096* | *Philadelphia, PA* |
| *Uniondale, NY  11555-10096* | *ABA Number: 031000037* |
| | *Swift Code: MELNUS3P (International)* |
| | *Account #2-022-986* |
| | **(Please Reference Invoice Number)** |

CONFIDENTIAL

TKS 000597

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

G-Unit Records
c/o Curtis James Jackson III
c/o Theodor K. Sedlmayr, Esq.
Sedlmayr & Associates, P.C.
200 Park Avenue South - Suite 1408
New York, NY 10003

| | |
|---|---|
| Invoice Number: | **2269826** |
| Invoice Date: | **5/23/2012** |
| Client Number: | **358762** |
| Matter Number: | **60019** |

### RE: Leviston Litigation

## INVOICE SUMMARY

Total Current Fees ..................................................................................... $    44,351.50

Total Current Disbursements ...........................................................................    127.01

**Total Due This Invoice:**    $    **$44,478.51**

Please Remit to:

*Mail To:*
*Reed Smith LLP*
*P.O. Box 10096*
*Uniondale, NY  11555-10096*

*Wire Instructions:*
*Mellon Bank N.A.*
*Philadelphia, PA*
*ABA Number: 031000037*
*Swift Code: MELNUS3P (International)*
*Account #2-022-986*
**(Please Reference Invoice Number)**

CONFIDENTIAL

TKS 000598

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| | |
|---|---|
| G-Unit Records | Invoice Number: **2269826** |
| c/o Curtis James Jackson III | Invoice Date: **5/23/2012** |
| c/o Theodor K. Sedlmayr, Esq. | Client Number: **358762** |
| Sedlmayr & Associates, P.C. | Matter Number: **60019** |
| 200 Park Avenue South - Suite 1408 | |
| New York, NY 10003 | |

**RE: Leviston Litigation**

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2012**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/02/12 | Peter Raymond | Office conference with E. Farber re: scheduling of expert depositions and preparation session for Dr. Zwirn; review comment letter on her report and review report re: same. | 1.20 | 954.00 |
| 04/02/12 | E.K. Farber | P. Raymond, I. Zwirn & R. Rosenbaum re: scheduling I. Zwirn deposition, responses to discovery demands, & other issues. | 0.60 | 312.00 |
| 04/03/12 | Peter Raymond | Review emails between E. Farber and R. Rosenbaum re: depositions of experts in Florida and New York and our demand for additional documents; review latest discovery request from plaintiff. | 0.70 | 556.50 |
| 04/03/12 | E.K. Farber | Emails w/ client & RR re: payment to S. Burgess. | 0.10 | 52.00 |
| 04/04/12 | Peter Raymond | Review various emails re: expert scheduling; review transcript of experts deposition. | 0.80 | 636.00 |
| 04/04/12 | E.K. Farber | I. Zwirn & R. Rosenblum re: deposition & prep schedule; email w/ B. Rosenfeld; receive & file transcript of S. Burgess dep; update files & calendar. | 0.60 | 312.00 |
| 04/05/12 | E.K. Farber | Call w/ B. Rosenfeld re: L. Fitzgerald testing data; related prep & follow-up, incl. related call w/ P. Raymond. | 0.90 | 468.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/09/12 | E.K. Farber | Call from I. Zwirn. | 0.30 | 156.00 |
| 04/11/12 | Peter Raymond | Review deposition notice and request for documents from Dr. Zwirn; office conference with E. Farber re: same and strategy for our response and objections. | 0.50 | 397.50 |
| 04/11/12 | E.K. Farber | Review & circulate notice of deposition to I. Zwirn, & discuss w/ P. Raymond; call from I. Zwirn re: draft report. | 0.90 | 468.00 |
| 04/12/12 | Peter Raymond | Office conference with E. Farber re: possible Protective Order motions over punitive damage discovery and communications between Reed Smith and Dr. Zwirn; review emails with opposing counsel. | 0.50 | 397.50 |
| 04/12/12 | E.K. Farber | Mtg w/ P. Raymond re: objections to discovery requests; email w/ R. Rosenblum re: deadline for responses to discovery requests; email w/ B. Rosenfeld re: report. | 0.60 | 312.00 |
| 04/16/12 | Peter Raymond | Review Dr. Zwirn's revised expert report; review D. Rosenfeld's revised report and emails with E. Farber re: same and strategy re: missing information from adversary's expert. | 1.00 | 795.00 |
| 04/16/12 | E.K. Farber | Court reporter re: L. Fitzgerald dep; preliminary review of B. Rosenfeld & I. Zwirn reports & related messages for B. Rosenfeld & P. Raymond. | 0.50 | 260.00 |
| 04/17/12 | Peter Raymond | Review Dr. Zwirn's report and office conference with E. Farber re: same and revisions. | 1.00 | 795.00 |
| 04/17/12 | E.K. Farber | Begin review of draft I. Zwirn report, & related conv w/ P. Raymond; exchanged messages w/ B. Rosenfeld. | 1.20 | 624.00 |
| 04/18/12 | Peter Raymond | Reading Dr. Zwirn's revised report and telephone conference with E. Farber re: same. | 1.60 | 1,272.00 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/18/12 | E.K. Farber | Review draft I. Zwirn report & related communications w/ P. Raymond. | 2.00 | 1,040.00 |
| 04/19/12 | Peter Raymond | Emails with E. Farber re: Dr. Zwirn's report and commenting on same. | 0.30 | 238.50 |
| 04/19/12 | E.K. Farber | Review I. Zwirn report & related email w/ I. Zwirn; call w/ B. Rosenfeld re: supplement to report. | 1.20 | 624.00 |
| 04/20/12 | E.K. Farber | Emails w/ R. Rosenblum & internally re: I. Zwirn report & L. Fitzgerald dep; call w/ I. Zwirn; emails w/ B. Rosenfeld re: his report. | 1.70 | 884.00 |
| 04/21/12 | Peter Raymond | Review B. Rosenfeld's revised expert report; emails with E. Farber re: same and Dr. Zwirn's report. | 0.70 | 556.50 |
| 04/23/12 | Peter Raymond | Office conference with E. Farber re: pending matters in case and preparation for call to Dr. Zwirn; compile review of her revised report and office conference with E. Farber with comments and revisions; review Rosenfeld report and discuss with E. Farber. | 1.50 | 1,192.50 |
| 04/23/12 | O. Lovelace | Conference with E. Farber concerning research needed for deposition of L. Fitzgerald. | 0.30 | 118.50 |
| 04/23/12 | E.K. Farber | Call & email w/ I. Zwirn re: report; review B. Rosenfeld amended report; mtg w/ P. Raymond re: I. Zwirn report, L. Fitzgerald dep, etc.; O. Lovelace re: responses & objections to interrogatories; prep for L. Fitzgerald dep. | 4.10 | 2,132.00 |
| 04/24/12 | Peter Raymond | Office conference with E. Farber re: finalizing Dr. Zwirn's report; review and revise final draft; review R. Rosenblum's letter re: deposing Fitzgerald and review E. Farber proposed response; revise same. | 1.20 | 954.00 |
| 04/24/12 | O. Lovelace | Draft discovery responses. | 1.50 | 592.50 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ✦ LONDON ✦ HONG KONG ✦ CHICAGO ✦ WASHINGTON, D.C ✦ BEIJING ✦ PARIS ✦ LOS ANGELES ✦ SAN FRANCISCO ✦ PHILADELPHIA ✦ SHANGHAI ✦ PITTSBURGH ✦
MUNICH ✦ ABU DHABI ✦ PRINCETON ✦ NORTHERN VIRGINIA ✦ WILMINGTON ✦ SILICON VALLEY ✦ DUBAI ✦ CENTURY CITY ✦ RICHMOND ✦ GREECE ✦ OAKLAND

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/24/12 | E.K. Farber | Call w/ I. Zwirn; review I. Zwirn final report & produce to opposing counsel; B. Rosenfeld re: L. Fitzgerald dep prep. | 1.50 | 780.00 |
| 04/25/12 | Peter Raymond | Telephone conference with E. Farber re: Fitzgerald deposition next week and meeting to prepare for same; review Rosenblum's email re: expert depositions and review E. Farber's proposed response; review and revise same; office conference with E. Farber re: new draft and finalize. | 0.80 | 636.00 |
| 04/25/12 | O. Lovelace | Draft discovery responses and send drafts to E. Farber. | 2.00 | 790.00 |
| 04/25/12 | E.K. Farber | Prep for L. Fitzgerald deposition; call w/ I. Zwirn re: same; email w/ R. Rosenblum re: Dr. Fitzgerald deposition & Dr. Rosenfeld deposition; related mtg & call w/ P. Raymond. | 5.10 | 2,652.00 |
| 04/26/12 | Peter Raymond | Review Rosenblum's email re: depositions of second string experts; office conference with E. Farber re: strategy for same; review and revise discovery request objections and office conference with E. Farber re: revisions. | 0.80 | 636.00 |
| 04/26/12 | E.K. Farber | Finalize & serve responses & objections to discovery demands; call w/ B. Rosenfeld re: L. Fitzgerald deposition; email w/ R. Rosenblum re: depositions; related conv w/ P. Raymond; L. Fitzgerald deposition prep. | 2.70 | 1,404.00 |
| 04/27/12 | Peter Raymond | Office conference with E. Farber to prepare for Fitzgerald deposition on Monday; review her report re: same; review file and testing data re: witnesses to be called and response to Rosenblum re: same. | 1.80 | 1,431.00 |
| 04/27/12 | O. Lovelace | Conference with E. Farber concerning pending expert deposition; review article | 1.30 | 513.50 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| | | written by L. Fitzgerald. | | |
| 04/27/12 | E.K. Farber | L. Fitzgerald dep prep, incl. calls w/ I. Zwirn, B. Rosenfeld, & O. Lovelace. | 3.60 | 1,872.00 |
| 04/28/12 | O. Lovelace | Review materials submitted by L. Fitzgerald for pending deposition. | 2.20 | 869.00 |
| 04/29/12 | Peter Raymond | Review E. Farber's initial outline for Dr. Fitzgerald's deposition; telephone conference and emails re: comments on same. | 1.20 | 954.00 |
| 04/29/12 | O. Lovelace | Review materials submitted by L. Fitzgerald in preparation for pending deposition; communications with E. Farber concerning same. | 2.00 | 790.00 |
| 04/29/12 | E.K. Farber | Prep for L. Fitzgerald dep. | 6.50 | 3,380.00 |
| 04/30/12 | Peter Raymond | Emails with E. Farber re: deposition Dr. Fitzgerald today; review his supplemental outline on the testing issue and forward any comments to him; various follow up calls and emails re: issues arising; research filing new documents under seal; details re: payment to expert; review Dr. Zwirn's emails re: issues raised. | 2.40 | 1,908.00 |
| 04/30/12 | O. Lovelace | Review documents submitted by L. Fitzgerald for deposition. | 0.80 | 316.00 |
| 04/30/12 | E.K. Farber | Took deposition of Dr. Louise Fitzgerald; related prep & follow-up; travel to & from Ft. Lauderdale for same. | 16.00 | 8,320.00 |
| **Totals** | | | **78.20** | **44,351.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | | | | Total |
|------------|---|---|---|-------|
| E.K. Farber | 50.10 | hrs @ $ | 520.00 / hr | 26,052.00 |
| O. Lovelace | 10.10 | hrs @ $ | 395.00 / hr | 3,989.50 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

| Peter Raymond | 18.00 hrs @ $ 795.00 / hr | 14,310.00 |
|---|---|---|
| **Total Professional Services** | | **$44,351.50** |

## DISBURSEMENTS (COSTS ADVANCED AND EXPENSES INCURRED)

| Date | Description | | Amount |
|---|---|---|---|
| 04/30/2012 | Duplicating/Printing/Scanning | 9 0.15 | 1.35 |
| 03/19/2012 | Meal Expense Vendor: Flik-Deposition-Farber, Evan K. 03/19/20 12 | | 67.30 |
| 03/23/2012 | Taxi Expense Taxi - VENDOR: Evan K. Farber, Mar 23, 2012 Tax home after working late in the evening NYC TAXI MED 9H40 | | 9.00 |
| 03/23/2012 | Meal Expense Vendor: Flik-Deposition-Farber, Evan K. 03/23/20 12 | | 11.00 |
| 03/31/2012 | General Expense LASTONIA LEVISTON - CURTIS JAMES JACKSON III | | 13.65 |
| 04/11/2012 | Outside Duplicating Copies - VENDOR: Evelyn Green, Apr 11, 2012 | | 1.75 |
| 04/11/2012 | Taxi Expense Bus/Shuttle - VENDOR: Evelyn Green, Apr 11, 2012 Train fare to and from court. | | 4.50 |
| 04/11/2012 | Telephone - Outside Cell Phone Calls - VENDOR: Evelyn Green, Apr 11, Call to office. | | 0.50 |
| 04/12/2012 | General Expense -- VENDOR: COURTALERT.COM, INC.: Court Watch | | 17.96 |
| | **Current Costs and Expenses** | | **$127.01** |

## INVOICE SUMMARY

| Total Fees | $ | 44,351.50 |
|---|---|---|
| Disbursements | $ | 127.01 |
| **TOTAL CURRENT INVOICE DUE** | $ | 44,478.51 |

# ReedSmith

599 Lexington Avenue
New York, NY 10022
Telephone: 212-521-5400
Fax: 212-521-5450
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ SHANGHAI ♦ PITTSBURGH ♦
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE ♦ OAKLAND

jlweathe