**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In re:<br><br>CURTIS JAMES JACKSON, III,<br><br><div align="center">Debtor.</div> | Chapter 11<br><br>Case No. 15-21233 (AMN) |
| CURTIS JAMES JACKSON, III,<br><br><div align="center">Plaintiff,</div><br><div align="center">v.</div><br><br>REED SMITH LLP and PETER RAYMOND,<br><br><div align="center">Defendants.</div> | Adversary Proceeding<br><br>Case No. 17-02005 (AMN) |

**AMENDED ORDER DIRECTING COMPLIANCE WITH SUBPOENA[1]**

Based on the proceedings before the Court at trial regarding the above-captioned adversary proceeding, including representations by counsel for Curtis James Jackson, III that attempts to serve a trial subpoena on Theodor K. Sedlmayr by using a process server in New York, New York and in Miami, Florida have been unsuccessful for several weeks, and, there being due and sufficient cause to enter the following relief,  it is hereby

**ORDERED**, that upon due and proper service of a trial subpoena using Official Form B 2550 ("Subpoena") and this Order on Theodor K. Sedlmayr requiring his appearance at the United States Bankruptcy Court, 157 Church Street, 18th Floor Courtroom, New Haven, Connecticut on a date which is no less than fourteen (14) days after service of the Subpoena, Mr. Sedlmayr shall comply with the Subpoena and appear before the Court to testify; and it is further

[1] This Amended Order adds a second address for service.

**ORDERED,** that failure of Theodor K. Sedlmayr to comply with the Subpoena once served and with this Order may result in him being ordered by the Court to appear and show cause as to why he should not be judged in contempt; and it is further

**ORDERED**, that service of the Subpoena upon Theodor K. Sedlmayr may be effectuated by leaving a copy of the Subpoena and this Order and also sending  the same via overnight courier to the following addresses: (1)  A  residential address:   Theodor  K.  Sedlmayr,  One  Morton  Square,  1  Morton  Street,  Apt. 14DW,  New  York,  New  York 10014; and (2) A business address:   Theodor  K. Sedlmayr, 589 5th Avenue, Floor 30, New York, New York 10017.

Dated this 20th day of July, 2022, at New Haven, Connecticut.



Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut