## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF CONNECTICUT
## NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CHAPTER 11 |
| CURTIS JAMES JACKSON, III § | | CASE NO. 15-21233 (AMN) |
| DEBTOR. § | | |
| § | | |
| CURTIS JAMES JACKSON, II § | | |
| Plaintiff, § | | |
| § | | ADV. PROC. NO. 17-02005 |
| v. § | | |
| § | | |
| REED SMITH LLP, and PETER RAYMOND § | | |
| Defendants. § | | |

### EMERGENCY MOTION TO CONTINUE TRIAL ON CONSENT

The plaintiff/objector, Curtis James Jackson III ("Plaintiff"), the post-confirmation Debtor and Debtor in possession, hereby moves for an order adjourning the continued trial in this matter scheduled for August 23, 2022, and scheduling a new date for the continued trial. The defendants, Reed Smith LLP ("Reed Smith") and Peter Raymond (together with Reed Smith, "Defendants"), consent to this extension. In support of his motion, Plaintiff states as follows:

1. Following a status conference held on August 4, 2022, the Court entered a Scheduling Order (Doc. No. 554), *inter alia*, that the continued trial in this matter be held on August 23, 2022, and that Theodor Sedlmayr ("Mr. Sedlmayr") is to testify from 9:00am to 11:30am EST. Stephen Savva is to testify thereafter.

2. As cause for the requested adjournment, on Saturday, August 20, 2022, lead counsel for Plaintiff, Attorney Imran Ansari ("Mr. Ansari") found out that a close family member was seriously ill and unlikely to survive the weekend, and traveled to Texas with his

two young children in order to be with his family. Mr. Ansari's family member subsequently passed away. Under the circumstances, Mr. Ansari will not be able to attend the continued trial in this matter on August 23, 2022.

3. Plaintiff files this Emergency Motion one day before the continued trial because the reasons for the requested extension just arose over the weekend. Mr. Ansari is lead counsel for Plaintiff, with the most knowledge of the facts regarding this matter and the primary responsibility for drafting briefs, objections, motions, and other papers as well as conducting the trial in this matter, and Plaintiff would be substantially prejudiced if Mr. Ansari was not present for trial.

4. Plaintiff submits for the reasons stated above, he has also demonstrated good cause for emergency relief pursuant to Local R. Civ. P. 7(a)(6). Because of the multiple parties involved, including nonparty witness Mr. Sedlmayr, Plaintiff respectfully requests that the Court provide the parties with dates on which it is available for a continued trial so that they can coordinate scheduling, including with the witnesses.

5. Defendants consent to the relief requested herein. Plaintiff's counsel also has notified counsel for Mr. Sedlmayr of the facts set forth herein, and Mr. Sedlmayr does not object to the requested relief.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order, adjourning the continued trial scheduled for August 23, 2022, scheduling of a new trial date, and granting him such other and further relief as justice requires.

Dated: August 22, 2022

                         Respectfully submitted,

                         **ZEISLER & ZEISLER, P.C.**

By:   / s / John L. Cesaroni
       James Berman (ct06027)
       John L. Cesaroni (ct29309)
       10 Middle Street, 15th Floor
       Bridgeport, Connecticut 06604
       Telephone: (203) 368-4234
       Facsimile: (203) 367-9778
       jberman@zeislaw.com
       jcesaroni@zeislaw.com

            and

       Baratta, Baratta & Aidala LLP
       Special Counsel for Debtor
       546 Fifth Avenue
       New York, NY 10036
       (212) 750-9700

By: / s / Joseph P. Baratta
     Joseph P. Baratta

## CERTIFICATE OF SERVICE

I, John L. Cesaroni, certify that on August 22, 2022, a copy of the foregoing was filed electronically and emailed via the Court's CM/ECF electronic noticing system. Parties may access this filing through the Court's CM/ECF System.

/s/ John L. Cesaroni
John L. Cesaroni (ct29309)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Tel: 203.368.4234
jcesaroni@zeislaw.com
Counsel for Plaintiff
