IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: § | CHAPTER 11 | |
| CURTIS JAMES JACKSON, III § | CASE NO. 15-21233 (AMN) | |
| DEBTOR. § | | |
| § | | |
| CURTIS JAMES JACKSON, II § | | |
| Plaintiff, § | ADV. PROC. NO. 17-02005 | |
| v. § | | |
| REED SMITH LLP, and PETER RAYMOND § | | |
| Defendants. § | | |

**JOINT MOTION TO CONTINUE HEARING**

The plaintiff and post-confirmation debtor, Curtis James Jackson III ("Reorganized Debtor"), the and the defendants and claimants, Reed Smith LLP ("Reed Smith") and Peter Raymond (together with Reed Smith, "Reed Smith Parties" and collectively with Plaintiff, the "Parties"), hereby jointly move to continue the hearing scheduled for Wednesday, August 9, 2023, in Adv. Pro. No. 17-02005 (the "Adversary") (Doc. No. 612) and Bankr. Case No. 15-21233 (the "Main Case") (Doc. No. 1006), until August 16, 2023.[1] The Parties further request that the Court extend the deadline for Reed Smith to file a motion seeking attorneys' fees to August 25, 2023. In support of their motion, the Parties state as follows:

1.   The Reorganized Debtor filed his Renewed Motion for Entry of Final Decree on May 2, 2023 (Main Case, Doc. No. 990) (the "Renewed Motion"), seeking, *inter alia*, the entry of a final decree and an order closing this bankruptcy case.

---

[1] The reorganized debtor's counsel respectfully asks for a time in the afternoon because of a Court appearance in another matter in the morning.

1

2.      The Reed Smith Parties filed an objection to the Renewed Motion, and appear to be the only parties opposing the entry of a final decree.

3.      At the initial hearing on the Renewed Motion on June 28, 2023, the issue of the Reed Smith Parties' entitlement to recover attorneys' and costs for post-confirmation litigation was raised. The Court permitted briefing on the attorneys' fee issue and scheduled a further hearing on July 26, 2023 (Main Case, Doc. No. 1002; Adversary, Doc. No. 610), to discuss the status of the Main Case and the Adversary, the issues set forth in the Court's Scheduling Order, and the anticipated motion for attorneys' fees. The Court also set a deadline for Reed Smith to file a motion for attorneys' fees for August 11, 2023. The hearing was continued to August 2, 2023. (Main Case, Doc. No. 1006; Adversary Doc. No. 612.) The hearing was further continued to August 9, 2023, as the parties reported that they believed they had reached a resolution of the matters between them. (Main Case, Doc. No. 1012; Adversary Doc. No. 618.)

4.      In the past week, the Parties have been negotiating the final issues regarding the potential resolution of all pending matters in the bankruptcy case and believe that they are very close to finalizing their resolution and reducing it to a signed written agreement. Therefore, they request a further brief continuance to attempt to finalize their resolution, which would affect the issues the Court needs to consider at the hearing.

WHEREFORE, the Parties respectfully request that the Court enter an order continuing the currently scheduled hearing from August 9, 2023, until August 16, 2023, and extending the deadline for Reed Smith to file a motion for attorneys' fees to August 25, 2023.

Dated: August 8, 2023

                                  Respectfully submitted,

                                  **ZEISLER & ZEISLER, P.C.**

By:    / s / *John L. Cesaroni*
         John L. Cesaroni (ct29309)
         10 Middle Street, 15th Floor
         Bridgeport, CT  06604
         Telephone:  (203) 368-4234
         Facsimile:  (203) 367-9778
         jcesaroni@zeislaw.com


                                **AXINN VELTROP & HARKRIDER**

By:   */s/ Thomas G. Rohback*
         Thomas G. Rohback
         90 State House Square
         Hartford, CT 06103
         860-275-8110
         Fax : 860-275-8101
         Email: trohback@axinn.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF CONNECTICUT
# NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| **CURTIS JAMES JACKSON, III** | § | CASE NO. 15-21233 (AMN) |
| DEBTOR. | § | |
| | § | |
| **CURTIS JAMES JACKSON, II** | § | |
| Plaintiff, | § | ADV. PROC. NO. 17-02005 |
| v. | § | |
| **REED SMITH LLP, and PETER RAYMOND** | § | |
| Defendants. | § | |

## CERTIFICATE OF SERVICE

I, John L. Cesaroni, hereby certify that on the 8th day of August, 2023, a copy of the foregoing was served electronically and emailed via the Court's CM/ECF electronic noticing system.

**ZEISLER & ZEISLER, P.C.**

By:    / s / *John L. Cesaroni*
        John L. Cesaroni (ct29309)
        10 Middle Street, 15th Floor
        Bridgeport, CT  06604
        Telephone:  (203) 368-4234
        Facsimile:  (203) 367-9778
        jcesaroni@zeislaw.com

# **EXHIBIT A**

Imran H. Ansari     iansari@barattalaw.com
Joseph P. Baratta     jpbaratta@barattalaw.com
John L. Cesaroni     jcesaroni@zeislaw.com, swenthen@zeislaw.com
Drew A Hillier     DHillier@axinn.com
Christopher A. Lynch     clynch@reedsmith.com, claukamg@reedsmith.com
Thomas G. Rohback     trohback@axinn.com